Robert Mackey (Cal Bar 125961)
LAW OFFICES OF ROBERT MACKEY
16320 Murphy Road
Sonora, CA 95370
Telephone: (412) 370-9110
*bobmackeyesq@aol.com*

[Additional Counsel on Signature Page]
Attorneys for Plaintiff and Others Similarly Situated

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WILLIAM SHAFFER, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

BREVILLE USA, INC.,

Defendant

Case No.:

**CLASS ACTION COMPLAINT**

1. **Breach of Implied Warranties;**
2. **Violation of California Unfair Competition Law, Cal. Bus. & Pro. Code §17200, *et seq*.;**
3. **Violation of Consumer Legal Remedies Act, Cal. Civ. Code § 1750;**
4. **Violation of California False Advertising Law, Cal. Bus. & Pro. Code §17500, *et seq*.;**
5. **Violation of Song-Beverly Consumer Warranty Act, Cal. Civ. Code § 1792, et seq.;**
6. **Violation of Song-Beverly Consumer Warranty Act, Cal. Civ. Code § 1790-1795.8 et seq.;**
7. **Unjust Enrichment/Restitution;**
8. **Fraudulent Omission or Concealment; and**
9. **Declaratory Relief**

**DEMAND FOR JURY TRIAL**

Plaintiff William Shaffer ("Plaintiff"), by and through his attorneys, individually and behalf of all others similarly situated, brings this action against Breville USA, Inc. ("Defendant"). Plaintiff alleges

the following based on personal knowledge as to his own acts and based upon the investigation conducted by his counsel as to all other allegations.

## INTRODUCTION AND SUMMARY OF ACTION

1.      Plaintiff brings this consumer class action lawsuit against Defendant, which manufactured, marketed, distributed, and sold the Breville Oracle Touch Espresso Machine (the "Product"), without disclosing to purchasers that the Product's control board has a propensity to malfunction, resulting in various operability issues, including total failure (the "Defect"). On information and belief, the control board is located above the Product's boiler and is improperly insulated from liquid or steam emanating from it, causing disruption if not outright failure of the control board.



*Figure 1: Image of the Class Device's control board.*

2.      This Defect renders the Product unusable at worst, and heavily impaired at best, after manifestation. Information about the Defect would therefore be highly material for reasonable consumers.

3.      Defendant is unwilling to acknowledge the Defect, much less to eliminate it, or to provide refunds to consumers who have encountered it. Consequently, Plaintiff seeks to correct that injustice for himself, and others similarly situated.

4.      Defendant designs, manufactures, markets, advertises, distributes, and sells high-end appliances to consumers throughout the United States from its U.S. headquarters located in California.

5.      Defendant distributes and sells its appliances, including the Product, both directly through its website and through a network of authorized retailers.

6.      Over the course of several decades, Defendant has marketed its line of products as high-end luxury appliances and gained the trust of consumers, who reasonably believe that Defendant's appliances, including the Product, are made with quality materials. Consumers reasonably believe Defendant's appliances can be used as intended.

7.      The Product itself retails for approximately $2,799.95 pre-tax.[1] As a premium countertop Product, Breville differentiates the Product by highlighting how its touchscreen interacts with its "4 keys formula" to "use the right dose of freshly ground beans, ensure precise temperature control, optimal water pressure and create true microfoam milk essential for latte art."[2] Indeed, Defendant represents that

---

[1] https://www.amazon.com/Breville-Oracle-Automatic-Espresso-Machine/dp/B0BCXCMFTS/ref=asc_df_B0BCXCMFTS?tag=bingshoppinga-20&linkCode=df0&hvadid=80608155913190&hvnetw=o&hvqmt=e&hvbmt=be&hvdev=c&hvlocint=&hvlocphy=90563&hvtargid=pla-4584207635692900&msclkid=381a9937f9b613559bb7f0e96b579c87&th=1 (last visited April 14, 2026)

[2] https://www.breville.com/en-us/product/bes990?sku=BES990BSS1BUS1 (last visited April 15, 2026).

CLASS ACTION COMPLAINT - 3

purchasers of the Product are "only a touch away from getting the 4 keys formula used by professional cafe machines."[3]

8.    The Product's lofty price tag and Breville's superior image of luxury and quality hide an alarming Defect: the control board is predisposed to malfunction. When the control board malfunctions, it can render the Product completely inoperable. Short of complete inoperability, however, issues with the control board can result in the touch screen blacking out or having other components such as the grinder or boiler fail to properly function. The control board may also suffer a short, leading to an electrical smell emanating from the Product.

9.    The Defect is the result of uniform flaws in materials and/or workmanship.

10.    Once the Product's control board malfunctions or shorts out, it is impossible to use the Product or to use all of the Product's features.

11.    Numerous consumers have reported the Defect, which may manifest at any time. Consumers report experiencing the Defect as early as only months after purchase.

12.    Defendant is aware of the Defect. Not only does Defendant have exclusive, non-public knowledge and data concerning the Product through its own testing data, customers' complaints, warranty claims, and repair orders, it is or should be aware of the substantial numbers of consumer complaints on public forums. Despite numerous customer complaints—including those directly posted on Defendant's own website—Defendant has refused to take action in the form of a recall or refund of the full purchase price.

13.    Defendant's refusal to provide a refund forces its customers to bear the expense of its mistakes and malfeasance.

---

[3] *Id.*

14.    Defendant breached implied warranties and engaged in unfair, deceptive and/or fraudulent business practices.

15.    As a result of Defendant's conduct, owners of the Product, including Plaintiff, have suffered an ascertainable loss of money, and/or property, and/or loss in value. Consumers impacted by the Defect are forced to expend time to furnish the Product for repair and lose the use of the Product while it is being repaired.

16.    To make matters worse, customer complaints reveal that Defendant simply replaces the defective control board with parts containing the same Defect. Indeed, Defendant's sole solution to this defect has been, for some consumers, the ineffective replacement of the Product which manifests the Defect, with another Product that has no guarantee to be free of the Defect, and in fact still contains the Defect. Several consumers have reported the Defect manifesting on replacement Products, rendering Defendant's "remedy" hollow.  Accordingly, Plaintiff and the Class and Subclass members have suffered injury in fact, incurred damages, and have otherwise been harmed by Defendant's conduct.

17.    Meanwhile, Defendant continues to unjustly enrich itself by selling the Product with no warning of the Defect.

18.    Though the Product is no longer available for purchase through its own website, it is still possible to purchase it from the stores and websites of its authorized retailers, such as Williams-Sonoma and Amazon.

19.    Had Defendant disclosed the Defect, Plaintiff and the Class and Subclass members would not have purchased the Product or would have paid less for it.

20.    Plaintiff demands that Defendant accept responsibility for the Defect by refunding the full purchase price. In addition, or alternatively, Defendant should be required to buy back the Product.

21. This case seeks relief for the harm owners of the Product have suffered resulting from Defendant's breaches of implied warranties and Defendant's unfair, unlawful, and deceptive trade practices. Simultaneously, this case presents an equitable claim of unjust enrichment.

## JURISDICTION, VENUE, AND GOVERNING LAW

22. Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d)(2) and (6), this Court has original jurisdiction. The aggregated claims of the individual class members exceed the sum or value of $5,000,000, exclusive of interest and costs. Moreover, there is complete diversity of the parties as the Plaintiff and Defendant are citizens of different states.

23. This Court has personal jurisdiction over this action because Defendant Breville is a California corporation.

24. Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because Defendant Breville resides within this District.

25. Plaintiff is informed and believes, and thereon alleges, that each and every one of the acts and omissions alleged herein were performed by, and/or attributable to, Defendant.

## PARTIES

26. Plaintiff William Shaffer is a resident of Sausalito, California, who purchased the Product during the relevant time period.

27. Defendant Breville USA, Inc. is a California corporation, with its principal place of business located at 19400 South Western Avenue, Torrance, CA 90501 United States.  Breville USA, Inc., from its facilities located in California, is solely responsible for the importation, distribution, marketing, warranty service, and sale of Breville products in the United States of America.

28. Breville USA, Inc.'s C-Suite, executives, and employees responsible for the development, distribution, marketing, sales, customer service, and warranty servicing of Breville products are located at the company's Torrance, California headquarters.  As detailed herein, the decisions regarding the marketing and sale of the Product, warranty service and any remedies, as well as decisions regarding the disclosure or non-disclosure of the Defect were in whole or substantial part made by Breville USA, Inc. at its California headquarters.

**FACTUAL ALLEGATIONS**

### I.    Common Allegations

29.  Defendant holds itself out as "the kitchen appliance brand that delivers innovation based on consumer insights, empowering people's potential to do things more impressively or easily than they'd thought possible in their own kitchen[,]"[4] implying its products are of superior quality, durability, and functionality. With respect to its line of espresso machines, which includes the Product at issue, Defendant boasts of its quality and superiority by stating that its "top-of-the-line espresso machines [] offer a unique spread of automation without ever compromising the end result."[5] Indeed, Breville, like other manufactures has devoted a considerable amount of its product development and marketing to capitalize on the growing trend of home-brewing.  From 2020 to the end of 2025, the purchase and ownership of countertop espresso machines have increased by 50% according to a study by the National Coffee Association.[6]

30.  The Product is marketed and sold as a multi-functional countertop espresso machine with an array of features. As a "super-automatic espresso machine," the Product "handles everything from

---

[4] https://www.breville.com/us/en/learn-more/about-us.html (last accessed April 15, 2026).
[5] https://www.breville.com/us/en/blog/coffee-and-espresso/what-is-a-super-automatic-espresso-machine.html (last accessed April 16, 2026)

[6] https://www.nytimes.com/2025/12/11/realestate/buying-coffee-machines.html (last accessed April 16, 2026)

grinding coffee beans and heating water to tamping grounds and pulling espresso shots. It can also steam milk to create barista-style beverages."[7] The Product features "an integrated grinder, water-heating system, internal tamper and brewing unit, built-in milk frother, and pre-programmed settings that may include options such as single and double shots, lattes, cappuccinos, and other beverages. This allows the machine to administer the entire process of brewing espresso and producing beverages."[8] Defendant repeatedly touts the Product's automation with "touch screen operation [that] simplifies how to make your favorite coffees in three easy steps – grind, brew, and milk."[9]

31.    On its website and the websites of its authorized retailers, such as Best Buy, Williams-Sonoma, and Amazon, Defendant touts the superiority and functionality of the Product, stating "The next generation of fully automatic espresso makers has arrived with the Breville Oracle Touch. This award-winning espresso machine makes it amazingly easy to prepare true café-quality coffee beverages at home."[10]

32.    The Product's dual boiler's "heating system delivers simultaneous extraction & steam and a heated group head."[11] Both the boilers and the heated group head "are controlled with PID

[7] https://www.breville.com/us/en/blog/coffee-and-espresso/what-is-a-super-automatic-espresso-machine.html (last accessed April 16, 2026)

[8] *Id*.

[9] https://www.breville.com/en-us/product/bes990 (last accessed April 16, 2026).

[10] https://www.amazon.com/Breville-Oracle-Automatic-Espresso-Machine/dp/B0BCXCMFTS/ref=sr_1_1?crid=2ILVO7I24V8MP&dib=eyJ2IjoiMSJ9.6-lsS6Ms4dA0G_vJ97ucI5nSU8rvb8mkDtF94efwutkWBvMvplQPbOH48mz_c795eno_bL1En819jWCTdqUHn4JIc8rbd85BcgIBA689SKjnSk2UZIY4eOObIqDSkRC5NlcfUzFWdrGStUsuWPKhHkDBsR_pNXabS1Eyers6PsVJp8iZaUIaWdtJmmndpTcxqQIM0ptXZkJPSZns_CEeCFjiXIkCX86jzHwUJ7n2gPgxLRqbH5waBUKymoXAVFdDcPhbbV-vEWK-4CTwmxYClrsnhlZhVChJ0UsJBN6ArqA.dlx14QWLGJAcomIP2sSncViRx4xyoHV8x3PAmIEikaQ&dib_tag=se&keywords=breville%2Boracle%2Btouch&qid=1776356499&sprefix=breville%2Boracle%2Btouch%2Caps%2C143&sr=8-1&th=1 (last accessed April 16, 2026)

[11] https://www.breville.com/en-us/product/bes990 (last accessed April 16, 2026)

[proportional-integral-derivative] temperature control to bring water to the precise temperature to extract maximum flavor potential, shot after shot."[12]

33.     Defendant also highlights the Product's "[a]uto grind, dose & tamp using Baratza European Precision Burrs with 45 grind settings."[13] The grinder is a "[f]ully-integrated hardened precision conical burr grinder [that] automatically grinds, doses and tamps 22 grams of coffee straight into the 58mm professional-style portafilter, for maximum flavor."

34.     Upon information and belief, the Product's control board is housed above the boiler and is improperly insulated from vapor or leaks emanating from the boiler, leading to electrical issues with the Product as a whole.

35.     A control board is a circuit board whose particular function is to act as the brain of a device: it reads inputs (buttons, sensors), runs programmed logic, and drives outputs (motors, heaters, valves, displays).[14]

36.     Its function can be disrupted by water leaks or vapor that reach the control board, through electrical shorts, corrosion, and eventual burnout of components.[15] Persistent steam or vapor can condense on an improperly insulated control board, leading over time to intermittent faults, sensor errors, unresponsive or blank displays—such as of the touchscreen found on the Product—and odd behavior, such as unusual noises emanating from the Product, before total failure.[16]

---

[12] *Id.*
[13] *Id.*
[14] https://www.sierraassembly.com/blog/what-is-pcb-controller-and-its-role-in-core-control-circuit/ (last accessed April 16, 2026).
[15] https://www.cozyhvac.net/signs-your-boiler-controller-is-bad-and-some-of-the-common-causes/ (last accessed April 16, 2026).
[16] https://www.home-barista.com/repairs/la-marzocco-gs3-logic-board-water-contamination-t72062.html (last accessed April 16, 2026).

37.    Heat and moisture accelerate corrosion and can undermine conformal coating, which is a thin protective polymer layer that is intended to protect the control board from environmental damage.[17] Uncoated or poorly coated boards are especially vulnerable.

38.    As discussed above, the Product's expense and functionality make it akin to a larger, commercial Product and therefore should have an expected service life in the range of a traditional Product – 4-8 years.[18] However, the Product is prone to premature failure well before the end of its expected service life due to the Defect.

39.    The Defect is also undetectable until it has manifested, making it impossible for consumers to identify the Product as defective prior to purchase.

## II.    Plaintiff Shaffer's Allegations

40.    On April 22, 2023, Plaintiff William B. Shaffer purchased a Breville Oracle Touch Espresso Machine from Mercari. Plaintiff purchased the Product for $1,800 plus tax for a total of $1,966.50.

41.    Plaintiff Shaffer purchased the Product for his personal, family, or household use to prepare coffee beverages at home.

42.    Plaintiff Shaffer specifically purchased the Product based upon the Breville name, and reputation for quality. When he purchased this Product in particular, he expected it would last more than several years, and that it did not contain a defect which would cause control board blackouts, electrical smells, grinder failure, screen blackouts, or boiler heating issues (<150°F), posing a safety risk that renders the Product unsafe and useless.

---

[17] https://scienceinsights.org/what-is-a-conformal-coating-and-what-does-it-protect/ (last accessed April 16, 2026).

[18] *See* https://procoffeegear.com/blogs/articles/espresso-machines-lifespan-guide (last visited April 16, 2026) (average lifespan of super-automatic espresso machine is 4-8 years).

43. Prior to purchasing his Product, Plaintiff Shaffer researched different espresso machines and viewed multiple advertisements, touting Breville Products' reliability, durability, and superiority over competitive offerings.

44. Like the ordinary consumer, Plaintiff Shaffer did not have the opportunity to negotiate the terms of the warranty with Breville prior to or at the time of purchase. Plaintiff Shaffer was likewise aware that other brands of Products also came with similar terms and disclaimers, and thus, Plaintiff Shaffer did not have a meaningful choice in the terms of the warranty or in selecting his Product based on other available, less restrictive warranties.

45. At no point, in either researching Products, at the point of sale or otherwise did Breville disclose the Defect to Plaintiff Shaffer.

46. Shortly after his purchase, Plaintiff Shaffer's Product was installed in his kitchen, and he proceeded to use it. He regularly used the Product as intended until October 2023.

47. Immediately after receiving his Product, Plaintiff Shaffer reviewed the documents included with the Product.  The documents did not disclose the Defect to Plaintiff Shaffer.

48. On or around October of 2023, Plaintiff Shaffer's Product control board blacked out with a bad electrical smell. Plaintiff contacted Breville directly, obtained Breville's return authorization, and had it serviced under warranty.

49. On or around December of 2023, the Product's grinder failed. Plaintiff again contacted Breville, negotiated repair, and had the Product serviced under warranty.

50. On or around November of 2024, the Product's screen blacked out. Plaintiff again contacted Breville, negotiated repair, and had the Product serviced under warranty.

51. On or around January of 2026, the Product's boiler failed to heat water to above 150°F, rendering the Product inoperable. Plaintiff Shaffer contacted Breville, who refused to repair the Product

and offered no remedy. Plaintiff Shaffer paid a local repair company $169.00 to evaluate the Product and was quoted $1,868.61 to repair the Product.

52. Because Breville unlawfully concealed the Defect from Plaintiff Shaffer prior to his purchase, and later, after the Product was installed and used in his home, Plaintiff Shaffer did not suspect (and had no reason to suspect) that there was anything wrong with his Product until it failed.

53. Plaintiff Shaffer's Product did not operate safely for the full duration of its expected useful life because it contained the Defect at the time it was purchased. Had he known of the Defect, Plaintiff Shaffer either would not have purchased the Product or would have paid less for it. Therefore, he did not receive the benefit of his bargain.

54. Plaintiff Shaffer remains interested in purchasing the Product in the future and would do so if Defendant adequately addressed the Defect.

**III.    Defendant Had Superior and Exclusive Knowledge of the Defect.**

55. Defendant knew or should have known when it sold the Product to the public that the Product suffered from the Defect and could not be expected to function properly for the full duration of its expected useful life.

56. Manufacturers have known since at least the 1990s of the importance of protecting internal electronic components such as control boards as dual boilers began to be incorporated into espresso machines, including the PID controllers to control and maintain boiler temperature.[19] Defendant was at all times aware that the features of the Product depended on a properly-functioning control board that regulated and maintained the functioning of the Product and its features, such that

---

[19] https://www.casabrews.com/blogs/coffee-facts/a-steamy-journey-the-evolution-of-espresso-machines (last accessed April 16, 2026).

failure to insulate the control board from environmental damage would cause the control board to malfunction when exposed to high temperatures or moisture in the course of ordinary use.

57.     Upon information and belief, Defendant's knowledge of these facts may be established through consumer complaints posted on the websites of its authorized retailers and on made directly on its website, as well. Despite years of customer complaints—including those found on its own website—Defendant has failed to act to remedy or eliminate the Defect in the Product or remove it from the stream of commerce.

58.     Defendant's website allows shoppers to purchase appliances and review feedback from previous purchasers. Defendant's awareness of this review platform is made evident by the "Response[s] from Breville" to assorted reviews.[20] Below are several examples of customer complaints, which highlight the pervasiveness of the issue and the safety implications of the defective Product.

---

[20] https://www.breville.com/us/en/products/Products/bov900.html?sku=BOV900BSSUSC

**Kristi**

Review **1**
Votes **0**

★☆☆☆☆ · 3 years ago

### Did not work upon arrival

I followed the steps to set up the machine and it never heated properly.

**Recommends this product  ✗ No**

Originally posted on the Oracle® Touch

Helpful?  [ Yes · 0 ]  [ No · 0 ]  [ Report ]

### Response from Breville:

**Customer Service** · 3 years ago

Thank you for taking the time to post your review. We do apologize for your experience with your appliance. Thank you for allowing us to resolve the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

**Theresa**

Review **1**
Votes **0**

★☆☆☆☆ · 3 years ago

### Grinder tamper stopped working

I had the machine for 24 days then the motor of the grinder tamper stopped working. Returned it . Not worth the price I paid for it

**Recommends this product  ✗ No**

Helpful?  [ Yes · 0 ]  [ No · 0 ]  [ Report ]

### Response from Breville:

**Consumer Support** · 3 years ago

We're sorry to hear of your experience. We're sorry to hear that you ended up returning the machine to the retailer, as we're always happy to see how we might help. Should you ever have questions or issues with another Breville product, please feel free to reach out to us.

**Val**

Review **1**
Votes **0**

★☆☆☆☆ · 5 years ago

### Great machine till it breaks!

I should have read the reviews, these machines are great till they stop working now just outside of warranty we are looking for someone to repair!

**Recommends this product  ✗ No**

**Breville**  Originally posted on breville.com

### Response from breville.com:

**Consumer Support** · 5 years ago

We are very sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email shortly. Just reply to it, and we'll be happy to see how we can help you from there.

CLASS ACTION COMPLAINT - 14

*dim*
Review **1**
Votes **0**

★☆☆☆☆ · 4 years ago
### Terrible Product

I regret buying this machine. I've had 3 replacements and all have the same issue! No one can solve my problem and I still have an unusable machine!

**Recommends this product**  ✗ No

> **Breville'**  Originally posted on breville.com

### Response from breville.com:

*Consumer Support* · 4 years ago
Thank you for your review and feedback. We're sorry to hear of your experience with the machine. We'll be reaching out to you shortly.

*Jp Cavalluzzo*
Review **1**
Votes **0**

★☆☆☆☆ · 3 years ago
### Too much technology and infrastructure

Our machine has broken down on two separate occasions due to mechanical issues. If we could do it again, we would purchase a less automated version.

**Recommends this product**  ✗ No

> **Breville'**  Originally posted on breville.com

### Response from breville.com:

*Consumer Support* · 3 years ago
We do apologize for your experience. Thank you for your review and your feedback. If you have questions or would like guidance with the unit, please feel free to send us an email to askus@breville.ca or call us at 855.683.3535. We'll be happy to help you from there. We do value customers' input. We'll definitely pass along your feedback to the appropriate people, as we are continuously trying to improve our customer's experience.

*Liv*
Review **1**
Votes **0**

★☆☆☆☆ · 4 years ago
### Grinder stopped working in less than 1wk

I have only used this for less than a week and the grinder has stopped working. Now I have to package it and take it back to the store for an exchange or a return. What a waste of time

**Recommends this product**  ✗ No

Helpful?   [ Yes · 0 ]   [ No · 0 ]   [ Report ]

### Response from Breville:

*Consumer Support* · 4 years ago
We're sorry to hear of your experience with the appliance. We do see you were able to contact a representative soon after posting this review, and they were assisted you. Thank you for allowing us to take part in trying to rectify the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

**Anonymous**

Review **1**
Votes **0**

★☆☆☆☆ · 4 years ago

### Disappointment and Worse Customer Service

Had to return it. For almost $3,000 it should work but every issue your customer service blamed on user error. If this appliance allegedly requires such precise use then don't market it for home use and as being automatic.

**Recommends this product** X No

Helpful?  Yes · 0    No · 0    Report

### Response from Breville:

**Consumer Support** · 4 years ago

We do apologize for your experience. Thank you for your review and your feedback. We do value customers' input. We'll definitely pass along your feedback to the appropriate people, as we are continuously trying to improve our customer's experience.

**Ernst**

Review **1**
Votes **0**

★☆☆☆☆ · 3 years ago

### Don't buy Breville Touch

My first Breville Touch broke down after only a few months. Breville "fixed" it and then it lasted only a few weeks and it broke down again. Breville sent me a new Touch and that one lasted less than one week then broke down. I would never buy one again.

**Recommends this product** X No

Breville  Originally posted on breville.com

### Response from breville.com:

**Customer Service** · 3 years ago

Thank you for taking the time to post your review. We do apologize for your experience with your appliance. Thank you for allowing us to resolve the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

**Ip**

Review **1**
Votes **0**

★☆☆☆☆ · 3 years ago

### Design flaw - the machine does nit heat up after descaling

I an at the third machine at this point after the support not being able to recover the machine from descaling. Facebook is full of the complaints like this. The machine is out of warranty now so Breville is off the hook. I'll see how long this $2.5k machine will last.

**Recommends this product** X No

Helpful?  Yes · 0    No · 0    Report

### Response from Breville:

**Consumer Support** · 3 years ago

We're sorry to hear of your experience. Thank you for allowing us to help you resolve the issue you were having with the machine. Breville products go through rigorous inspection to meet the standard usage. Regular care and maintenance is strongly recommended, and may affect the standard life usage of the unit. Normal wear and tear can also cause the need for repairs and service, which we provide and is taken care of on a case-by-case basis. Please don't hesitate to reach out should future questions or issues arise. We're always happy to see how we might help.

**Roy**
Review **1**
Votes **0**

★☆☆☆☆ · 3 years ago
### Great features when it works !!! Stay away from this machine!

I bought this "top of the line" breville express machine because it has all the features we wanted but this has been such a lemon . Been sent back for repairs 4 times in 4 years and still not fixed . It comes back and works for a few months and then a new problem comes up . So disappointed.

**Recommends this product** ✗ No

Breville'  Originally posted on breville.com

### Response from breville.com:
**Consumer Support** · 3 years ago
We're sorry to hear of your experience. We do see that you're currently being assisted by a representative. Thank you for allowing us to look into how we might help resolve the issue for you.

**Darbey**
Review **1**
Votes **0**

★☆☆☆☆ · 4 years ago
### Great machine for a couple of years …. not heating and NO cusotmer support!

This 2 year old machine was cleaned adn desscaled as prompted and recntly stopped heating up beyond 150degrees. After reviewing online cusotrmer experiences, this exact scenario seems to be common. No support from retail, no support from Breville, no call back and chat featuer was automated and completely useless.
I will not buy Breville again ... this was awful!!! I'm taking this back to Crate and Barrel an leaving it on their doorstep.

**Recommends this product** ✗ No

Helpful?  [ Yes · 0 ]  [ No · 0 ]  [ Report ]

### Response from Breville:
**Consumer Support** · 4 years ago
We're sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email. Just reply to it, and we'll be happy to see how we can help you from there.

**Gennie**
Review **1**
Vote **1**

★☆☆☆☆ · 4 years ago
### Poor customer care

I've been a fan of Breville for years and own many of the brand's appliances. We received the Oracle Touch at the end of August 2021, and in January, our hot water spout and steam wand stopped working. After a call to tech support, it was determined that it would have to be sent out for service. It was disappointing enough that a machine that was only 5 months old was having issues, but I sent it to service and received it back a couple of weeks later. The machine was sent completely clean and in perfect condition. When I received it back, it had chipped paint on the front of the machine (we have Damson Blue) and was very noticeable. I informed Breville about the issue and was told by the rep to send a photo so their supervisor could give me further instructions on taking care of it. I replied immediately with the photo, and a full week has gone by with no response, even after requests for an update. I sat on hold 45 minutes yesterday trying to get someone to give me an answer, only to be told I was assigned a new case number. I replied to the new email with all the previous information I had sent and still no response. This damage and lack of resolution is totally unacceptable, especially for a machine at this price point, and will be the LAST Breville appliance I purchase based on this experience.

**Recommends this product** ✗ No

Originally posted on the Oracle® Touch

Helpful?  [ Yes · 1 ]  [ No · 0 ]  [ Report ]

### Response from Breville:
**Consumer Support** · 4 years ago
We're sorry to hear about your experience. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email shortly. Just reply to it, and we'll be happy to see how we can help you from there.

**Nathan**
Review **1**
Vote **1**

★☆☆☆☆ · 3 years ago
### Machine is not reliable

The machine was okay, but the grinder stopped working, tried to clean it and still didn't work and was a pain to try and figure out what the problem was.

**Recommends this product** ✗ No

Helpful? [ Yes · 1 ] [ No · 0 ] [ Report ]

### Response from Breville:

**Consumer Support** · 3 years ago

We're sorry to hear of your experience with the appliance. We do see you were able to contact a representative soon after posting this review, and they were able to assist you. Thank you for allowing us to resolve the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

**Ifsp**
Review **1**
Vote **1**

★☆☆☆☆ · 4 years ago
### Unresponsive Touch

This was my 4th Breville expresso machine, upgrading from a Oracle BES980XL machine that worked well for 5 years 'til it stop heating up to brewing temperature after descaling process. I originally wanted a straight replacement from my old one but since it was out of stock, I purchased this one. The two oracles are in essence the exact same machine, except for the touch component which brings me to the issue.

Introduces friction in my coffee making process, I have to scroll through the options and select a coffee, before one can even start grinding and/or steaming milk. For the non-touch machine, I could go straight into grinding coffee and steaming milk immediately.

This was annoyance, but I expected to get used to it, but then I started to experience an issue with the touch screen, where it would stop responding to the touch or be unresponsive ( I have videos if anyone is interested ), I would have to turn the machine on/off to get continue making may coffee. This goes beyond acceptable, not something I want to get used to for such premium machine.

Breville, go back to basics, make the process simple, less is more.

**Recommends this product** ✗ No

Helpful? [ Yes · 1 ] [ No · 0 ] [ Report ]

### Response from Breville:

**Consumer Support** · 4 years ago

We're sorry to hear of your experience with the appliance. We do see you were able to contact a representative soon after posting this review, and that they are assisting you. Thank you for allowing us to rectify the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

**Anonymous**
Review **1**
Votes **20**

★☆☆☆☆ · 5 years ago
### Great while it last

When I bought this 2K plus unit the seller told me it comes with international warranty. Will now I am home and the local dealer is refusing to fix it even if I pay him!!!!!
- Grander motor overheating
- Stem comes out the fomer continuselly
- when I brew coffee nothing comes out but the hot water works
- It's still makes loud noises even when completely unplugged from electricity
I trying calling the US customer service but they never answer the phone. I need my machine fixed and welling to pay for it,,,, but even this is not working

**Recommends this product** ✗ No

| Originally posted on the Oracle® Touch |
| --- |

Helpful? [ Yes · 20 ] [ No · 3 ] [ Report ]

*Elizabeth*

Review **1**
Votes **2**

★☆☆☆☆ · 3 years ago

### Not great!

I bought this a year ago. It died 9 months later and it took a 3 weeks to get a resolution from customer service. Ended up being replaced, the whole process took over a month.. But even before it died, its performance didn't live up to the Breville brand. We had the Breville Barista before this for 12 year. It was fabulous. We thought this would be an upgrade, unfortunately it wasn't. It is not consistent with the coffee it produces, whether it's espresso, americano, latte. We take very good care of our appliances and this seems to be a high maintenance one. We are very disappointed and regret wasting our money on it, when even the coffee doesn't come out as it should.

**Recommends this product** ✗ No

Helpful?  [ Yes · 2 ]  [ No · 0 ]  [ Report ]

### Response from Breville:

**Consumer Support** · 3 years ago

We're sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email shortly. We'll be happy to see how we can help you from there.

*DisappointedBarista*

Review **1**
Votes **8**

★☆☆☆☆ · 4 years ago

### Not Worth The $$

I've had the Brevell oracle touch for three years and have had two issues after warranty that would cost almost half the price I paid for the machine to fix. The gasket where the water container meets the machine is leaking and I was quoted $600 to fix. And then the machine stop saving drink recipes and I was quoted $549 to fix. Spend your money on a less expensive machine that will make just as good of an espresso.

**Recommends this product** ✗ No

Helpful?  [ Yes · 8 ]  [ No · 0 ]  [ Report ]

### Response from Breville:

**Consumer Support** · 4 years ago

We are very sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email shortly. Just reply to it, and we'll be happy to see how we can help you from there.

*Andrew*

Review **1**
Votes **25**

★☆☆☆☆ · 5 years ago

### Great, when it actually works

First machine broke and had to be replaced within the first week. Second machine broke, had to be returned to be fixed a few months later. For this price I would expect better quality.

**Recommends this product** ✗ No

Originally posted on the Oracle® Touch

Helpful?  [ Yes · 25 ]  [ No · 2 ]  [ Report ]

CLASS ACTION COMPLAINT - 19

**Teng**

Review **1**
Votes **0**

★☆☆☆☆ · 3 years ago

### Grinder stopped working after just one month

We are extremely disappointed about the machine. It was working fine at the beginning, but grinder stopped working just after one month or so. We tried everything, like cleaning, restart machine, but nothing works.

The customer service is disappointing as well. We tried to call, no one pick up, and no callback neither. We fired a claim online. But it has been 1 month plus without any resolution. The customer service just reply my claim with very general guidance like how to clean the grinder etc.

We paid the premium of getting the most expensive machine from Breville, but so far I don't feel the machine and customer service worth the money.

Helpful?   Yes · 0   No · 0   Report

### Response from Breville:

*Consumer Support* · 3 years ago

We're sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email. Just reply to it, and we'll be happy to see how we can help you from there.

**Ember**

Review **1**
Votes **20**

★☆☆☆☆ · 5 years ago

### Broke After 1 Month

I bought the Oracle Touch because I love the quality espresso a Breville produces but wanted as much automation as possible after years of manual grinding, tamping, and frothing. The first month of owning the Oracle Touch was a dream. The auto-on function was very helpful, and the espresso was unparalleled. Then we woke up one morning to a puddle on the floor in front of the machine. It had purged all the water from the tank after turning on. We tried to add water and it just purged it too. So I thought the auto-on function was to blame and turned it off. Then the next day when we turned on the machine, it purged all the water again. It won't keep water in the tank until it heats up, which takes about 5 minutes of constantly draining the water it purges and adding water to the top. *THIS IS THE OPPOSITE OF AUTOMATION* Now it is making strange sounds when it runs, and the tamping/dosing is malfunctioning. Either this was a bad batch of machines, or all of the Oracle Touch machines are bad. Trying to get a replacement to determine which it is, but so far, no help.

I have owned many Breville espresso machines over the past 12+ years. I have also encouraged at least 10 other people to purchase Breville espresso machines. But after this experience, this may be my very last Breville purchase.

**Recommends this product** ✗ No

Helpful?   Yes · 20   No · 1   Report

**Anonymous**

Review **1**
Votes **17**

★☆☆☆☆ · 5 years ago

### Save your money

Broke within 10 months and getting it repaired/replaced was incredibly frustrating.

**Recommends this product** ✗ No

Helpful?   Yes · 17   No · 1   Report

*Leon*

Review **1**
Votes **7**

★☆☆☆☆ · 5 years ago

### Terrible quality and customer service

First week the top door to fill water got stuck abs unable to open. Just cheap plastic!! Been struggling with Support for almost 2 months just to get a replacement part and they just do not respond. So much for a warranty!! For a $2500 machine the quality is horrible. Once they have your money you on your own....do not buy

**Recommends this product** ✗ No

Originally posted on the Oracle® Touch

Helpful?    Yes · 7    No · 0    Report

### Response from Breville:

*Consumer Support* · 5 years ago

We're sorry to hear of your experience. We do see you were able to contact a representative, and that they were able to assist you. Thank you for allowing us to rectify the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

*wmc*

Review **1**
Votes **13**

★☆☆☆☆ · 5 years ago

### UNRELIABLE!!

Zero stars if I could. Barely makes the warranty date then fails completely. After turning on today, barely 3 months after warranty expired, the Oracle suddenly started grinding coffee with no human even near the machine or having done anything other than turn it on. First two short bursts of grinding then non-stop. Turning the machine off only caused the lights to go out and the touchscreen to turn of but the grinding went on continuously until the plug was pulled from the wall. Re-plugging the machine into wall power caused the grinding to start again even without pressing the power button. Cup warmer almost too hot to touch. Complete cleaning of the grinding / tamping pathway while powered off failed to stop the grinding when attached to wall power. Turning the machine on and attempting factory reset resulted in warnings to "close the descaling ports" which were NOT open.

It is almost as if there is a digital time-bomb designed to create a malfunction after the warranty safely expires. DO NOT PURCHASE THIS MACHINE - YOU WILL REGRET IT!!

**Recommends this product** ✗ No

Originally posted on the Oracle® Touch

Helpful?    Yes · 13    No · 1    Report

### Response from Breville:

*Consumer Support* · 5 years ago

We are very sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email shortly. Just reply to it, and we'll be happy to see how we can help you from there.

**Chris`**

Review **1**

Votes **6**

★☆☆☆☆ · 3 years ago

### Great while it works

I bought this machine in April of 2021. One month in, I had to send the machine to be replaced which was no issue, just a minor inconvenience. Today I went to descale the machine and now the machine will not get about 160 degrees which makes the machine inoperable. Upon internet research this is a very common issue with this machine.

**Recommends this product ✗ No**

Helpful?   Yes · 6     No · 0     Report

### Response from Breville:

*Consumer Support* · 3 years ago

We're sorry to hear of your experience with the appliance. We do see you were able to contact a representative soon after posting this review, and they were able to assist you. Thank you for allowing us to rectify the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

**RobInMA**

Review **1**

Votes **8**

★☆☆☆☆ · 4 years ago

### Makes great coffee but breaks easily

This machine makes great coffee for sure, but I have just returned it for repairs for the THIRD time in two years. Customer service is arrogant.

**Recommends this product ✗ No**

Helpful?   Yes · 8     No · 0     Report

### Response from Breville:

*Consumer Support* · 4 years ago

We do apologize for your experience. Thank you for your review and your feedback. We do value customers' input. We'll definitely pass along your feedback to the appropriate people, as we are continuously trying to improve our customer's experience.

**Craig**

Review **1**

Votes **3**

★☆☆☆☆ · 3 years ago

### Beautiful Looking Machine, Broke Within 1-Week

After a lot of reviews, and considering other Breville Machines, machines from Rocket and/or La Marzzoco we decided the Oracle Touch was the best move for us. It had good reviews from Seattle Coffee Company and others and felt while expensive, the convenience would be nice. However, after about a week worth of use, just normal use, nothing excessive, we could hear the grinder already getting stuck and making a crunching noise. We tried to clean several times, ensure it wasn't something we weren't doing, but again the crunching noise continued. We have since sent it in for repair, but should not have had issues w/ in the first week of purchasing. I'm not going to not recommend, it's a pretty machine when it works, but be careful it's a lot of money to spend to see a machine break that quick.

Helpful?   Yes · 3     No · 0     Report

### Response from Breville:

*Consumer Support* · 3 years ago

We're sorry to hear of your experience with the appliance. Thank you for allowing us to rectify the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

CLASS ACTION COMPLAINT - 22

**Scot**
Review **1**
Votes **5**

★☆☆☆☆ · 4 years ago

**Don't waste your money**

Top of the line machine, so I thought. $2666.00 cost, broke just after warrenty period. Initial repair cost = $550.00, received a 25% reduction after complaining of costs. Repair costs cover shipping. For the costs, this machine should be much better. I followed care and maintenance instruction carefully.

**Recommends this product**  ✗ No

Helpful?   [ Yes · 5 ]  [ No · 0 ]  [ Report ]

**Response from Breville:**

**Consumer Support** · 4 years ago
We are very sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email shortly. Just reply to it, and we'll be happy to see how we can help you from there.

**Bobo**
Review **1**
Votes **5**

★☆☆☆☆ · 3 years ago

**Don't buy one**

Paid $2500 for an Oracle touch espresso machine and it lasted just 16 months before it died. These are hugely overpriced and junk!! I would not recommend buying any Breville espresso machines. Bought a cheaper one before the expensive one and that cheap model was no good either.

**Recommends this product**  ✗ No

Helpful?   [ Yes · 5 ]  [ No · 0 ]  [ Report ]

**Response from Breville:**

**Consumer Support** · 3 years ago
Thank you for your review and feedback. We do apologize for your experience. Regular care and maintenance is strongly recommended, and may affect the standard life usage of the unit. Normal wear and tear can also cause the need for repairs and service, which we provide and is taken care of on a case-by-case basis. We do see that you're currently being assisted by our team. Thank you for allowing us to see how we might help resolve the issue. Please feel free to reach out should other questions or issues arise. We're always happy to see how we might help.

**Sara**
Review **1**
Votes **4**

★☆☆☆☆ · 3 years ago

**Grinder not working and can't get through on customer service**

I bought this and grinder makes loud noise. I have spend better part of a week trying to get someone from customer service. Keeps saying I won't lose place in queue but you can't be a week in queue. Terrible customer service not worth it if you can get help on such an expensive machine.

**Recommends this product**  ✗ No

Helpful?   [ Yes · 4 ]  [ No · 0 ]  [ Report ]

**Response from Breville:**

**Consumer Support** · 3 years ago
We're sorry to hear about your experience. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email shortly. We'll be happy to see how we can help you from there.

**Erik**

Review **1**
Votes **2**

★☆☆☆☆ · 4 years ago

### Starts malfunctioning after a few months...

This machine makes good espresso and froths milk like a champ. I fortunately there is something wrong with the build, the machine begins to malfunction after a few months (this happened twice - Breville sent us a replacement machine and it too began to malfunction).

For the price I'd expect a significantly better experience. I'd recommend you choose a different model. Our last Breville prior to the Oracle Touch lasted 13 years and was 1/4 the price.

**Recommends this product**  ✗ No

Helpful?   Yes · 2     No · 0     Report

### Response from Breville:

**Consumer Support** · 4 years ago

Thank you for taking the time to post your review. We do apologize for your experience with your appliance. Thank you for allowing us to resolve the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

---

**Anonymous**

Review **1**
Votes **4**

★☆☆☆☆ · 3 years ago

### Disappointing Experience: My Less Than 6-Month Old Espresso Machine Broke Down

I recently purchased an espresso machine that unfortunately turned out to be a disappointment. After just a few weeks of use, the machine broke down completely. I reached out to the company and they advised me to send it in for repair.

I followed their instructions and sent the machine in for repair, but was extremely disappointed with the whole process. It took over a month to get the machine back, with no updates or communication from the company throughout the entire repair process. I found this lack of communication to be frustrating and inconvenient.

When I finally received the machine back, I was disappointed to find that it still did not work properly. There was no water flow, rendering the machine completely useless. I was extremely frustrated and disappointed with the entire experience, especially given the amount of money I had spent on the machine.

As a customer, I expect products to work as advertised and for companies to provide timely and effective customer service. Unfortunately, this was not the case with this espresso machine and the company's repair process. I hope that the company can rectify this situation and provide me with a properly functioning machine, or a full refund.

**Recommends this product**  ✗ No

Helpful?   Yes · 4     No · 0     Report

**Robert**

Review **1**
Votes **3**

★☆☆☆☆ · 4 years ago

### Fragile

I bought my Oracle touch in 2019 and I have had to send it back to Breville four times for repairs already. There's no question that this machine makes phenomenal coffee. But if it's in the repair shop every six months, it's useless. Customer service is abysmal.

**Recommends this product**  ✗ No

Helpful?   Yes · 3     No · 0     Report

### Response from Breville:

**Consumer Support** · 4 years ago

Thank you for your review and feedback. Regular care and maintenance is strongly recommended, and may affect the standard life usage of the unit. Normal wear and tear can also cause the need for repairs and service, which we provide and is taken care of on a case-by-case basis. We see you are currently being helped. Thank you for allowing us to help resolve the issue.

CLASS ACTION COMPLAINT - 24

**Zita**

Review **1**
Votes **5**

★☆☆☆☆ · 3 years ago
### Love it until you hated it

This is my 3rd Breville espresso machine in a raw, one replacing each one with exactly the same issue. They all are just perfect when they work as they supposed to do, we were just in love with them. My first one started to have problems just a few moths after the two years. Not on warranty anymore after two years. I descale every time the machine asked for it. I would say 4 times in total. The machine started to trip the breaker in the kitchen. I did a search on line and it seems to be something that happens with this model quite often. I decided the first time to paid the reparation fee and sent it back. I got and upgrade (oracle touch) because my model wasn't available anymore (oracle). I got my replacement and I was suggested to descale more often. I started to descale every 4 months and everything went fine until a year and a few months, again the machine started to trip the breaker in the kitchen. I called back and after going back and forth,I told them that I don't understand how I'm going to pay more than 2000 for a coffee machine that is going to last less than 2 years. I got a replacement again, and they suggested to descale every two months which I did consistently. My machine started to Tripp the breaker again after 8 months! This can't be a coincidence! I'm super diligent changing the water, and servicing the machine. I think there is a problem with the boilers and the descaling process that leads the machine to leak inside. I can actually hear the steam coming from the machine after I turn it off. I don't have more answers from customer service and they do no want to replace the machine anymore; living me with no solution; other than to buy a new machine.I think because is a design problem this problem needs to have a resolution. The model should be discontinued until it is proven fit for use and people with the same issue should be reimbursed. This is what any company that cares about customer service and wants to sell quality products is expected to do.

Recommends this product  ✗ No

Helpful?  [ Yes · 5 ]  [ No · 0 ]  [ Report ]

### Response from Breville:

*Consumer Support* · 3 years ago
We're sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email shortly. We'll be happy to see how we might help you from there.

**Extremely frustrated**

Review **1**
Votes **3**

★☆☆☆☆ · 4 years ago
### Unreliable, horrible failure, poor quality, poor customer service

Had one machine fail. Paid for the service and sent it in. Received a notice that the machine was non-repairable and waited for 6 weeks for a replacement to arrive. Fast forward 8 months and the replacement machine failed. The machine started making horrible noises, almost like it was dispensing a shot, while the unit was turned off. Had to unplug from the wall to make it stop. Always use filtered water and followed the recommended descaling schedule carefully. I was told by customer service the machine is acting like it has too much mineral deposits and that I didn't descale often enough, so it was my fault the machine failed. Breville only gave us a 6 month warranty on the replacement. Customer service stated the earliest repair availability is 3 months in the future. They did offer a discount on a new machine. So now I either have to buy a new machine or wait 3 months to send it in for repair. They obviously do not stand behind their products. A high end machine like this should have lasted much longer than 8 months. Do not purchase, you will regret it in the long run.

Recommends this product  ✗ No

Helpful?  [ Yes · 3 ]  [ No · 0 ]  [ Report ]

### Response from Breville:

*Consumer Support* · 4 years ago
We're sorry to hear about your experience. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email shortly. We'll be happy to see how we can help you from there.

**Andyd**
Review **1**
Votes **0**

★☆☆☆☆ · 3 years ago
### Would not recommend in the long run. Amazing when its new.

This machine is one of the best when it works. The problem is after months of usage and care, the machine fails with Boiler Issues that only Breville can fix or repair. They have been great by sending a new machine but after a few months the same issue. I put a claim in back in Nov 2022 and multiple emails with no action. I am without an espresso machine for months and had no choice to buy a replacement from another manufacture. I have a very expensive machine that is useless to anyone. This is so sad for the cost of these units.

**Recommends this product  ✗ No**

Breville  Originally posted on breville.com

### Response from breville.com:

**Consumer Support** · 3 years ago
Thank you for taking the time to post your review. If there is something in particular that you need help with regarding your appliance, please feel free to send us an email to askus@breville.ca or call us at 855.683.3535. We'll be happy to help you from there.

**Nathan**
Review **1**
Vote **1**

★☆☆☆☆ · 4 years ago
### Poor Quality Design

I bought this in 2018 and it's worked great until now. The seals have broken on the boiler that cause water to escape the boiler. It then drips on the electronics which causes a short and my GFCI outlet to trip. This is extremely dangerous and could cause a fire.

**Recommends this product  ✗ No**

Helpful?  Yes · 1   No · 0   Report

**Dan**
Review **1**
Votes **218**

★☆☆☆☆ · 5 years ago
### Makes great espresso until it breaks

I bought this machine in October 2019 after having many years of similarly priced super-automatics that would invariably get fussy and break after about 3 years of service. So, trying to up my coffee game I went with this machine which is easy to use and made really good espresso for the first 10 months we had it. Then it started not making such nice cups, of espresso, and then it started leaking water out of the bottom of the case. Luckily it is still under warranty which I am dealing with currently, but for the premium price of this product, I would have expected premium build, premium performance and premium service, which I did not get.

**Recommends this product  ✗ No**

Originally posted on the Oracle® Touch

Helpful?  Yes · 218   No · 19   Report

CLASS ACTION COMPLAINT - 26

*Pierce11*

Review **1**

Votes **28**

★☆☆☆☆ · 3 years ago

### Product Doesn't Last

This machine is our 4th Breville in less than 4.5 years. The first was replaced because the wand stopped working. The second one was replaced because the grinder stopped working. The 3rd one was replaced because the power kept shorting out our circuits. I'm happy to spend some money on what I consider a necessary appliance, but my exceptions on quality of machinery are not met with the Breville brand. I will note, that my interactions with customer service have been very positive when it comes to dealing with warranties and shipping in broken machines. All 3 broken shipments have been replaced instead of repaired. Wish me luck. Hopefully, 4th times a charm.

**Recommends this product  ✗ No**

Helpful?  [ Yes · 28 ]  [ No · 0 ]  [ Report ]

### Response from Breville:

**Consumer Support** · 3 years ago

We're sorry to hear of your experience with the appliance. Thank you for allowing us to resolve the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

*Bobby*

Review **1**

Votes **37**

★☆☆☆☆ · 5 years ago

### Starts off great, then it breaks quickly

I bought the machine 4 month ago and was very excited to get it. It made great espresso and then things started to go awry. The automatic tamping started to act up and not tamp the grounds after a month of use. I cleaned the hopper and adjusted the doing and it would work for a short time and then start not tamping again. This week it started to not tamp the grounds at all. Contacted customer service and after blowing through about a pound of beans they said I need to send it in for service. So now after having the machine for just about 4 months I have to send it in for service and be without an espresso make for at least three weeks while it is shipped, repaired and shipped back. Save yourself the headache and buy something else!

Originally posted on the Oracle® Touch

Helpful?  [ Yes · 37 ]  [ No · 1 ]  [ Report ]

### Response from Breville:

**Consumer Support** · 5 years ago

Thank you for your review and your feedback. We're sorry to hear of your experience. Thank you for allowing us to help you. We'll definitely pass along your feedback to the appropriate people. We are continuously trying to improve our customer's experience.

*Claire*

Review **1**

Votes **10**

★☆☆☆☆ · 3 years ago

### Broke after 14 months

We loved this machine and really thought it would be amazing for this high price point.
It started not working after around a year- the cleaning system would get the system stuck and was hard to reset. Then in March, just 15 months after we purchased it, it started to majorly malfunction. It makes a terrible clunking noise and produces random steam. Even when switched off!. We have to turn it off at the power outlet between each use. And to top it off the milk steamer no longer works.
For the price I'd expect this machine to last years and years before needing replaced.

**Recommends this product  ✗ No**

Helpful?  [ Yes · 10 ]  [ No · 0 ]  [ Report ]

### Response from Breville:

**Consumer Support** · 3 years ago

We're sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email shortly. We'll be happy to see how we might help you from there.



59.     Customers also flagged the Defect in the review section of Best Buy, an authorized retailer of Defendant.[21] Below are examples of these complaints, which often are accompanied by images of the defective Product.

---

[21] https://www.bestbuy.com/product/breville-oracle-touch-espresso-machine-with-15-bars-of-pressure-milk-frother-and-intergrated-grinder-brushed-stainless-steel/J7266G97KL/sku/6323688/reviews?pageSize=20 (Last accessed April 17, 2026).

⭐☆☆☆☆
**Dead within 5 months**

Lena Posted 3 years ago

Incentivized    Verified Purchaser    My Best Buy® Member    Owned for 5 months

Died 5 months after purchasing. Now, it's a $3k paperweight.

✕ No, I would not recommend this to a friend

Helpful (0)    Unhelpful (0)  |  Report  |  Comment

> 💬 Brand response from **Breville Consumer Support**
> Posted 3 years ago
>
> We are very sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. Since this is a public forum I would ask you to file a new Case through this Breville web link https://mybreville.force.com/BrevilleCustomerCommunity/s/?language=en_US&region=us&brand=breville with a subject line of BV230227BBMR-2. Also, make sure to add your contact details with phone and email and I will make sure to follow up personally. Alternatively you can send us an email to askus@brevilleusa.com and include the same information. <img src="https://s3.amazonaws.com/stratos-logos/logos/brevilleusa.png" alt="brevilleusa" title="brevilleusa" style="display: block !important; margin-top: 2em !important; border: 1px solid #ccc !important; padding: 2px !important; background-color: white !important;" />

⭐☆☆☆☆
**Poor tamp and customer support**

Jeff Posted 3 years ago

Incentivized    My Best Buy® Member

I bought the Oracle Touch new and have had it for 2-3 months. The tamping on my machine is terrible - very wavy and sloppy. I have been having to manually tamp. The customer support mailed me a replacement tamping fan and said that should fix it, but the replacement parts don't even fit. I called customer support, he said that there must not be a replacement tamping fan that fits my new machine??? And then the rep told me that I have grind finer or the tamp mechanism won't work well. However, I had the grind set appropriately for a 1:2 extraction in 30 sec. The rep said "well, unfortunately, it doesn't tamp well, so you just need to grind finer". Even when I explained that a finer grind would over-extract for my beans, he said "well, if you want a good tamp, that's what you need to do. You have to adjust the grind setting based on the tamp quality, not the extraction" ???? WHAT WHAT??? So, I'm annoyed and disappointed to say the least. The couldn't fix my tamping fan, and then just told "too bad. I guess you can't dial in your machine now." WHAT?

✕ No, I would not recommend this to a friend

Helpful (0)    Unhelpful (0)  |  Report  |  Comment

> 💬 Brand response from **Breville Consumer Support**
> Posted 3 years ago
>
> We are very sorry to hear about your experience. We would very much like to see if we can assist you. Since this is a public forum I would ask you to file a new Case through this Breville web link https://mybreville.force.com/BrevilleCustomerCommunity/s/?language=en_US&region=us&brand=breville with a subject line of BV230412BBMR-1. Also, make sure to add your contact details with phone and email and I will make sure to follow up personally. Alternatively you can send us an email to askus@brevilleusa.com and include the same information. <img src="https://s3.amazonaws.com/stratos-logos/logos/brevilleusa.png" alt="brevilleusa" title="brevilleusa" style="display: block !important; margin-top: 2em !important; border: 1px solid #ccc !important; padding: 2px !important; background-color: white !important;" />

⭐☆☆☆☆
**Poor tamp and customer support**

Jeff Posted 3 years ago

Incentivized    My Best Buy® Member

I bought the Oracle Touch new and have had it for 2-3 months. The tamping on my machine is terrible - very wavy and sloppy. I have been having to manually tamp. The customer support mailed me a replacement tamping fan and said that should fix it, but the replacement parts don't even fit. I called customer support, he said that there must not be a replacement tamping fan that fits my new machine??? And then the rep told me that I have grind finer or the tamp mechanism won't work well. However, I had the grind set appropriately for a 1:2 extraction in 30 sec. The rep said "well, unfortunately, it doesn't tamp well, so you just need to grind finer". Even when I explained that a finer grind would over-extract for my beans, he said "well, if you want a good tamp, that's what you need to do. You have to adjust the grind setting based on the tamp quality, not the extraction" ???? WHAT WHAT??? So, I'm annoyed and disappointed to say the least. The couldn't fix my tamping fan, and then just told "too bad. I guess you can't dial in your machine now." WHAT?

✕ No, I would not recommend this to a friend

Helpful (0)    Unhelpful (0)  |  Report  |  Comment

> 💬 Brand response from **Breville Consumer Support**
> Posted 3 years ago
>
> We are very sorry to hear about your experience. We would very much like to see if we can assist you. Since this is a public forum I would ask you to file a new Case through this Breville web link https://mybreville.force.com/BrevilleCustomerCommunity/s/?language=en_US&region=us&brand=breville with a subject line of BV230412BBMR-1. Also, make sure to add your contact details with phone and email and I will make sure to follow up personally. Alternatively you can send us an email to askus@brevilleusa.com and include the same information. <img src="https://s3.amazonaws.com/stratos-logos/logos/brevilleusa.png" alt="brevilleusa" title="brevilleusa" style="display: block !important; margin-top: 2em !important; border: 1px solid #ccc !important; padding: 2px !important; background-color: white !important;" />

★☆☆☆☆

**This Machine only brews Dissapointment**

GoreyDetails Posted 3 years ago

[Incentivized]  [My Best Buy® Member]

When this machine works, it makes great coffee drinks. We purchased this unit from Best Buy last November. Within 6 months the grinder was not working properly and the software was quirky. 3 weeks ago Breville sent us a new machine, we were without it for about 1 mos. The new machine purges the entire water tank when you turn it on. We call Breville and they want us to send it to them to look at. 2-4wks turn around. Really??? We paid $2,500 for this machine and we have been nothing but dissapointed.

✕ No, I would not recommend this to a friend

[Helpful (2)]  Unhelpful (0) | Report | Comment

💬 Brand response from **Breville Consumer Support**
    Posted 3 years ago

We are very sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. Since this is a public forum I would ask you to file a new Case through this Breville web link https://www.breville.com/us/en/support/breville-support.html with a subject line of BV220622USBBMR-2. Also, make sure to add your contact details with phone and email and I will make sure to follow up personally. Alternatively you can send us an email to askus@brevilleusa.com and include the same information. <img src="https://s3.amazonaws.com/stratos-logos/logos/brevilleusa.png" alt="brevilleusa" title="brevilleusa" style="display: block !important; margin-top: 2em !important; border: 1px solid #ccc !important; padding: 2px !important; background-color: white !important;" />

★☆☆☆☆

**Irreparable Junk**

ChristopherL Posted 3 years ago

[Incentivized]  [My Best Buy® Member]

Enjoy it while it lasts: it won't. And since nobody in town can fix it, you're done. Calling for Geek Squad support will get you a promise they will fix it if you make an appointment, but when you bring it in they'll tell you Best Buy doesn't fix it any more than anybody else in town (call around and ask: nobody fixes them). Online chat will lie and tell you Best Buy will fix it and you'll waste a trip with a heavy machine. Find a brand somebody can fix. It's not worth $1000/year, which is about what the machine costs. In my case the second steam element (for the frothing wand) died. None of the recommended maintenance prevents this, and no troubleshooting guide shows how to solve it, and nobody will repair it even for money. Call Breville? Prepare to be on hold 2 hours 45 minutes, their recording says. And their passive-aggressive call-back service won't tell you how to get your machine repaired either, they put you on hold for laughs. They don't want to stand behind it even with their name on it. Deeply disappointing waste of your time and money.

✕ No, I would not recommend this to a friend

[Helpful (2)]  Unhelpful (0) | Report | Comment

💬 Brand response from **Breville Consumer Support**
    Posted 3 years ago

Please accept our apologies for the inconvenience and allow us the opportunity to correct the situation. Since this is a public forum I would ask you to file a new Case through this Breville web link https://www.breville.com/us/en/support/breville-support.html with a subject line of BBUSA221017-RS . Also, make sure to add your contact details with phone and email and I will make sure to follow up personally. Alternatively, you can send us an email to askus@brevilleusa.com and include the same information. <img src="https://s3.amazonaws.com/stratos-logos/logos/brevilleusa.png" alt="brevilleusa" title="brevilleusa" style="display: block !important; margin-top: 2em !important; border: 1px solid #ccc !important; padding: 2px !important; background-color: white !important;" />

60.     Customers also flagged the Defect in the review section of Williams-Sonoma, an authorized retailer of Defendant.[22] Below are examples of these complaints, which often are accompanied by images of the defective Product.

---

[22] https://www.williams-sonoma.com/products/breville-oracle-touch-espresso-machine/ (Last accessed April 16, 2026)

**mdiaz**

Review **1**

Votes **9**

Ability level: **Advanced**

Has owned product for: **1 - 5 years**

Uses product: **Every day**

★☆☆☆☆

**DON'T BUY WON'T LAST MORE THAN 2 YEARS**

3 years ago

I have never been as frustrated with a product and company in my life. To make it short a year after buying the machine started making a horrible sound at 6am, something in the pump. Shortly after the steamer would go crazy overflowing the milk and it won't stop until it emptied the tank or until it was unplugged, the power button won't do anything. The paint in the tray also started chipping with regular cleaning. DO NOT BUY not worth the almost 3,000 a nespresso would have been a better investment. Also you can't register the machine or get any help because breville is the worst company to deal with, good luck ever getting a hold of a service representative.

🏷 **Cons - Electrics** Loud, High-Maintenance

✖ No, I do not recommend this product.

Helpful? 👍 (9) 👎 (0)       Report

💬 Response from Breville Consumer Support:                                3 years ago

**Breville Consumer Support**

Please accept our apologies for the inconvenience and allow us the opportunity to correct the situation. Since this is a public forum I would ask you to file a new Case through this Breville web link https://mybreville.force.com/BrevilleCustomerCommunity/s/new-community-case?language=en_US&region=us&brand=breville
with a subject line of WS230302-RS . Also, make sure to add your contact details with phone and email and I will make sure to follow up personally. Alternatively, you can send us an email to askus@brevilleusa.com and include the same information.

**Breville®**

---

**Pierce11**

✔

Review **1**

Votes **0**

★☆☆☆☆

**Product Doesn't Last**

3 years ago

This machine is our 4th Breville in less than 4.5 years. The first was replaced because the wand stopped working. The second one was replaced because the grinder stopped working. The 3rd one was replaced because the power kept shorting out our circuits. I'm happy to spend some money on what I consider a necessary appliance, but my exceptions on quality of machinery are not met with the Breville brand. I will note, that my interactions with customer service have been very positive when it comes to dealing with warranties and shipping in broken machines. All 3 broken shipments have been replaced instead of repaired. Wish me luck. Hopefully, 4th times a charm.

✖ No, I do not recommend this product.

**Breville®** Originally posted on breville.com

💬 Response from breville.com:                                3 years ago

**Consumer Support**

We're sorry to hear of your experience with the appliance. Thank you for allowing us to resolve the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

---

**Anonymous**

Review **1**

Votes **0**

★☆☆☆☆

**Disappointing Experience: My Less Than 6-Month Old Espresso Machine Broke Down**

3 years ago

I recently purchased an espresso machine that unfortunately turned out to be a disappointment. After just a few weeks of use, the machine broke down completely. I reached out to the company and they advised me to send it in for repair. I followed their instructions and sent the machine in for repair, but was extremely disappointed with the whole process. It took over a month to get the machine back, with no updates or communication from the company throughout the entire repair process. I found this lack of communication to be frustrating and inconvenient. When I finally received the machine back, I was disappointed to find that it still did not work properly. There was no water flow, rendering the machine completely useless. I was extremely frustrated and disappointed with the entire experience, especially given the amount of money I had spent on the machine. As a customer, I expect products to work as advertised and for companies to provide timely and effective customer service. Unfortunately, this was not the case with this espresso machine and the company's repair process. I hope that the company can rectify this situation and provide me with a properly functioning machine, or a full refund.

✖ No, I do not recommend this product.

**Breville®** Originally posted on breville.com

CLASS ACTION COMPLAINT - 31

**David**

Review **1**

Vote **1**

Ability level: **Advanced**

Has owned product for: **6 - 12 months**

Uses product: **Every day**

★★☆☆☆

**Best tasting espresso, machine doesn't last**

3 years ago

I seldom write reviews buy felt compelled to do this. I have owned FIVE of these Oracle Touch machines...paying for two and having three replacements by Breville. All five have broken between 9 and 13 months. I was just having this conversation with a friend the other day about how I must have finally gotten a good machine because it had lasted a year. Well, I spoke too soon. It lasted a year and two weeks. It has been my favorite espresso machine as far as taste and the perfect blend of manual and automatic processes. But alas, I will not buy another one. Every problem has been related to the boiler...obviously it's a bad design or the components are under-spec'd for the need. I guess two stars because of the great espresso brewing but horrible design and build quality.

🏷 **Cons - Electrics** Quality, Assembly

✖ No, I do not recommend this product.

Helpful?  👍 (1)  👎 (0)      Report

> 💬 Response from Breville Consumer Support:                    3 years ago
>
> **Breville Consumer Support**
>
> Please accept our apologies for the inconvenience and allow us the opportunity to correct the situation. Since this is a public forum I would ask you to file a new Case through this Breville web link https://mybreville.force.com/BrevilleCustomerCommunity/s/new-community-case?language=en_US&region=us&brand=breville
> with a subject line of WS230301-RS . Also, make sure to add your contact details with phone and email and I will make sure to follow up personally. Alternatively, you can send us an email to askus@brevilleusa.com and include the same information.
>
> **Breville®**

---

**Nathan**

Review **1**

Votes **0**

★☆☆☆☆

**Machine is not reliable**

3 years ago

The machine was okay, but the grinder stopped working, tried to clean it and still didn't work and was a pain to try and figure out what the problem was.

✖ No, I do not recommend this product.

**Breville®**    Originally posted on breville.com

> 💬 Response from breville.com:                    3 years ago
>
> **Consumer Support**
>
> We're sorry to hear of your experience with the appliance. We do see you were able to contact a representative soon after posting this review, and they were able to assist you. Thank you for allowing us to resolve the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

---

**Chris`**

Review **1**

Votes **0**

★☆☆☆☆

**Great while it works**

3 years ago

I bought this machine in April of 2021. One month in, I had to send the machine to be replaced which was no issue, just a minor inconvenience. Today I went to descale the machine and now the machine will not get about 160 degrees which makes the machine inoperable. Upon internet research this is a very common issue with this machine.

✖ No, I do not recommend this product.

**Breville®**    Originally posted on breville.com

> 💬 Response from breville.com:                    3 years ago
>
> **Consumer Support**
>
> We're sorry to hear of your experience with the appliance. We do see you were able to contact a representative soon after posting this review, and they were able to assist you. Thank you for allowing us to rectify the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

CLASS ACTION COMPLAINT - 32

**Rick**

Review **1**

Votes **6**

Ability level: **Professional**

Has owned product for: **1 - 3 months**

Uses product: **Every day**

★☆☆☆☆

**Bought in Oct Died in Jan**

3 years ago

Bought this from Williams Sonoma store Oct 2022, the grinder stopped working Jan 2023. Not clogged anywhere. Press to start grinder then it immediately stops. Called William Sonoma store I bought from and they said I have to deal with Breville directly. Breville online chat support always offline call 800 number and get message that they are at max capacity for support calls and can't take my call, opened a support ticket and days without response. I've sent to better business bureau now. Thought Breville products and support were supposed to be good. Not from my experience.

🏷 **Cons - Electrics** Quality

✖ No, I do not recommend this product.

Helpful?  👍 (6)  👎 (0)    Report

| 💬 Response from Breville Consumer Support: | 3 years ago |
| --- | --- |

**Breville Consumer Support**

Please accept our apologies for the inconvenience and allow us the opportunity to correct the situation. Since this is a public forum I would ask you to send us an email to askus@brevilleusa.com with a subject line of WSUS230124-RS . Also, make sure to add your contact details with phone and email and your original case number and I will make sure to follow up personally.

**Breville**®

---

**Theresa** ✔

Review **1**

Votes **0**

★☆☆☆☆

**Grinder tamper stopped working**

3 years ago

I had the machine for 24 days then the motor of the grinder tamper stopped working. Returned it . Not worth the price I paid for it

✖ No, I do not recommend this product.

**Breville**®   Originally posted on breville.com

| 💬 Response from breville.com: | 3 years ago |
| --- | --- |

**Consumer Support**

We're sorry to hear of your experience. We're sorry to hear that you ended up returning the machine to the retailer, as we're always happy to see how we might help. Should you ever have questions or issues with another Breville product, please feel free to reach out to us.

---

**lkgavin**

Review **1**

Votes **9**

Ability level: **Advanced**

Has owned product for:
**Less than 1 week**

Uses product: **Every day**

★☆☆☆☆

**Broke After 4 Uses and Horrible Customer Service**

3 years ago

I made four lattes with my Oracle Touch and the fifth time the grinder stopped working. I went to Breville's site and followed directions to clean the burrs, but it still shuts off immediately. Breville customer service cuts off phone calls, and I've yet to hear back from anyone after filling out a case form. Terrible customer service for a very expensive machine!

🏷 **Pros - Electrics** Speed, Quiet, Easy to Use, Easy to Clean
🏷 **Cons - Electrics** Temperamental, Quality

✖ No, I do not recommend this product.

Helpful?  👍 (9)  👎 (0)    Report

| 💬 Response from Breville Consumer Support: | 3 years ago |
| --- | --- |

**Breville Consumer Support**

Please accept our apologies for the inconvenience and allow us the opportunity to correct the situation. Since this is a public forum I would ask you to file a new Case through this Breville web link https://www.breville.com/us/en/support/breville-support.html with a subject line of WSUS221123-RS . Also, make sure to add your contact details with phone and email and I will make sure to follow up personally. Alternatively, you can send us an email to askus@brevilleusa.com and include the same information.

**Breville**®

CLASS ACTION COMPLAINT - 33

**VeeJay**

Review **1**

Votes **7**

Ability level: **Advanced**

Has owned product for: **1 - 4 weeks**

Uses product: **Every day**

★☆☆☆☆

**Inconsistent with poor return policy**

3 years ago

Shots are very inconsistent due to inconsistent automated tamping. Also, the grinder can automatically move from what you had set it at to another setting. And the worst surprise is that you cannot return this to William Sonoma but have to contact Breville and try your luck.

🏷 **Cons - Electrics** Temperamental, Quality, Difficult to Use

✖ No, I do not recommend this product.

Helpful?  👍 (7)  👎 (0)      Report

Response from Breville Consumer Support:                        3 years ago

**Breville Consumer Support**

Thank you for your review and your feedback. We'll definitely pass along your feedback to the appropriate people. We are continuously trying to improve our customer's experience.

**Breville®**

---

**Sharyn B**

Reviews **4**

Vote **1**

Ability level: **Advanced**

Has owned product for: **1 - 4 weeks**

Uses product: **Every day**

★☆☆☆☆

**Doesn't Work - Do not recommend to buy**

3 years ago

I purchased this machine as an upgrade from the Barista Touch that I had for 2 years without any problems. Purchased from Williams Sonoma directly. After 3 weeks, grinder just stopped. Returned my Oracle Touch for another one as we thought we got a lemon from the manufacturer. Second Touch worked for 3 1/2 weeks and then just stopped. Unfortunately, returned the Oracle Touch and went back to the Barista Touch. Such a pity because this was a great machine and was looked great on my countertop.

✖ No, I do not recommend this product.

Helpful?  👍 (1)  👎 (0)      Report

Response from Breville Consumer Support:                        3 years ago

**Breville Consumer Support**

Thank you for your review and your feedback. We'll definitely pass along your feedback to the appropriate people. We are continuously trying to improve our customer's experience.

**Breville®**

---

**Craig**

✔

Review **1**

Votes **0**

★☆☆☆☆

**Beautiful Looking Machine, Broke Within 1-Week**

3 years ago

After a lot of reviews, and considering other Breville Machines, machines from Rocket and/or La Marzzoco we decided the Oracle Touch was the best move for us. It had good reviews from Seattle Coffee Company and others and felt while expensive, the convenience would be nice. However, after about a week worth of use, just normal use, nothing excessive, we could hear the grinder already getting stuck and making a crunching noise. We tried to clean several times, ensure it wasn't something we weren't doing, but again the crunching noise continued. We have since sent it in for repair, but should not have had issues w/ in the first week of purchasing. I'm not going to not recommend, it's a pretty machine when it works, but be careful it's a lot of money to spend to see a machine break that quick.

**Breville®**  Originally posted on breville.com

Response from breville.com:                        3 years ago

**Consumer Support**

We're sorry to hear of your experience with the appliance.  Thank you for allowing us to rectify the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

Jenn

★☆☆☆☆

Reviews 3

**NO CUSTOMER SERVICE SUPPORT!!**

3 years ago

Votes 3

Had purchased this machine and with in 8 months it rusted in the water tank. I've been emailing customer service now for over a YEAR! All they say is they will be in touch ! No they are not good on their word. I have now an expensive piece of trash ! Good think I'm up to date on my tetanus shots! Williams Sonoma doesn't take or return this item either! So buyer beware!

Ability level: **Advanced**

Has owned product for: **6 - 12 months**

🏷 **Cons - Electrics** Quality

Uses product: **A few times a month**

✖ No, I do not recommend this product.

Helpful?  👍 (3)  👎 (0)      Report

Response from Breville Consumer Support:                                        3 years ago

**Breville Consumer Support**

Please accept our apologies for the inconvenience and allow us the opportunity to correct the situation. Since this is a public forum I would ask you to file a new Case through this Breville web link https://www.breville.com/us/en/support/breville-support.html with a subject line of WSUS221025-RS . Also, make sure to add your contact details with phone and email and I will make sure to follow up personally. Alternatively, you can send us an email to askus@brevilleusa.com and include the same information.

**Breville®**

Glen

✅

★★☆☆☆

**Prosuct is marginal at beat**

3 years ago

Review 1

Had the Oracle for years, and the espresso is marginal at best. The grinder does not grind and dose consistently and can be difficult to dial in. For an average consumer it would be fine, but not for a prosumer.

Votes 0

✖ No, I do not recommend this product.

**Breville®**   Originally posted on breville.com

Response from breville.com:                                        3 years ago

**Consumer Support**

We do apologize for your experience. Thank you for your review and your feedback. We do value customers' input. We'll definitely pass along your feedback to the appropriate people, as we are continuously trying to improve our customer's experience.

Erik

✅

★☆☆☆☆

**Starts malfunctioning after a few months…**

3 years ago

Review 1

This machine makes good espresso and froths milk like a champ. I fortunately there is something wrong with the build, the machine begins to malfunction after a few months (this happened twice - Breville sent us a replacement machine and it too began to malfunction). For the price I'd expect a significantly better experience. I'd recommend you choose a different model. Our last Breville prior to the Oracle Touch lasted 13 years and was 1/4 the price.

Votes 0

✖ No, I do not recommend this product.

**Breville®**   Originally posted on breville.com

Response from breville.com:                                        3 years ago

**Consumer Support**

Thank you for taking the time to post your review. We do apologize for your experience with your appliance. Thank you for allowing us to resolve the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

**Berry**

Review 1

Votes 4

Ability level: **Advanced**

Has owned product for: **1 - 5 years**

Uses product: **Every day**

★☆☆☆☆
**Broken and unable to repair**

3 years ago

I purchased this in Sept 2019 and this year it started malfunctioning such that I could not make coffee. I did all the steps to try to reach customer service. I created a case number with key pictures and description of my issue. No follow up or progression came of this step. 2 weeks later I called and had to wait an hour to talk to a Breville representative. They did not allow me to send the machine to be serviced. My issue is still unresolved after weeks of wait time and hours of phone time.

🏷 Pros - Electrics Design
🏷 Cons - Electrics High-Maintenance

✖ No, I do not recommend this product.

Helpful? 👍 (4) 👎 (0)    Report

Response from Breville Consumer Support:    3 years ago

**Breville Consumer Support**

Please accept our apologies for the inconvenience and allow us the opportunity to correct the situation. Since this is a public forum I would ask you to file a new Case through this Breville web link https://www.breville.com/us/en/support/breville-support.html with a subject line of WS220926-RS-1 ? Also, make sure to add your contact details with phone and email and I will make sure to follow up personally. Alternatively, you can send us an email to askus@brevilleusa.com and include the same information.

**Breville®**

---

**Elizabete**

Reviews 4

Votes 7

Ability level: **Advanced**

Has owned product for: **6 - 12 months**

Uses product: **Every day**

★☆☆☆☆
**Lasted a year and horrible customer service**

3 years ago

This was a dream come true machine for a year. Worked flawlessly and produced great coffee, easy to operate and clean. Yesterday one month from first year anniversary it just died. I did the YouTube hack and still dead. When pressing the power button nothing happens, dead screen. I tried calling Breville only to be put on hold and told I was in for up to an hour and a half wait. Next sent an email only to get quick reply with my case number and told they would contact me. Days later I still have a dead machine not knowing if this machine can be repaired. I definitely am not wasting that much money on another one.

🏷 Pros - Electrics Design, Easy to Use, Versatile, Easy to Clean
🏷 Cons - Electrics Quality

✖ No, I do not recommend this product.

Helpful? 👍 (7) 👎 (0)    Report

Response from Breville Consumer Support:    3 years ago

**Breville Consumer Support**

Please accept our apologies for the inconvenience and allow us the opportunity to correct the situation. Since this is a public forum I would ask you to file a new Case through this Breville web link https://www.breville.com/us/en/support/breville-support.html with a subject line of WS220811-RS2 ? Also, make sure to add your contact details with phone and email and your case number and I will make sure to follow up personally. Alternatively, you can send us an email to askus@brevilleusa.com and include the same information.

**Breville®**

---

**Mountain Man**

Review 1

Votes 0

★★☆☆☆
**Not durable enough at this price point**

3 years ago

Bought Oracle Touch in 2019 to upgrade from a super automatic. I wanted to have the manual extraction and frothing capability but also auto convenience for my wife. We prepare 5 drinks a day on average and will sometimes double that with guests. Having owned it for over three years, here is my pro/con list and overall impression. PROS: 1. Still the only machine to give manual and/or auto experience. 2. Built in on/off programming 3. Low maintenance relative to super autos after milk prep. 4. Huge water capacity 5. User customizable drink recipes. 6. Auto tamping makes it much neater with little grounds spillage. CONS: 1. Three problems requiring repair, most recent rendered inoperable, requiring sending to a service center. 2. No easy control of dose and no control of pressure or flow. 3. Aftermarket accessories are limited. 4. Steam wand is in a fixed position making manual frothing challenging. Needs to swivel/pivot. 5. No app/Bluetooth/WiFi control. 6. Factory repair backlogged for repairs over a month. Summary All in all it is a great machine which makes great espresso and milk prep consistently either manually or with a touch of a button. At this price point that should be a given. It could have a few more updated features to make it even better, such as app support and a pivoting wand. The problem with it is just that, problems. Too many problems for a machine that costs this much. I had read about the brand's quality issues before I purchased but took a chance that their halo machine would be higher quality. I've owned other brands of espresso machines that had no issues for many years. Not so the Oracle. 2 years for minor issues and just 3 for a major one is simply not acceptable to me given the cost. When will something else break? I can't recommend the Oracle because of its poor durability history and price, unless you view it as a disposable appliance. I do not at this price point. This is most definitely a consumer grade product, packing in features over quality.

✖ No, I do not recommend this product.

Breville® Originally posted on breville.com

Response from breville.com:    3 years ago

**Consumer Support**

Thank you for your review and your feedback. We do value customers' input. We'll definitely pass along your feedback to the appropriate people, as we are continuously trying to improve our customer's experience.

CLASS ACTION COMPLAINT - 36

**Cori**

Review 1

Votes 0

★★☆☆☆
**Short Life**

3 years ago

We are on our third Oracle Touch. Bevilke has been good about replacing it. But for the cost, I feel the machine should last much longer. They only last 1 1/2 years.

✖ No, I do not recommend this product.

**Breville** Originally posted on breville.com

> 💬 Response from breville.com:    3 years ago
>
> **Consumer Support**
>
> Thank you for taking the time to post your review. We do apologize for your experience with your appliance. Thank you for allowing us to resolve the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

---

**Jana**

Review 1

Votes 0

★★☆☆☆
**Tamping Problem**

3 years ago

Tamping function did not work properly.

✖ No, I do not recommend this product.

**Breville** Originally posted on breville.com

> 💬 Response from breville.com:    3 years ago
>
> **Consumer Support**
>
> We're sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email. Just reply to it, and we'll be happy to see how we can help you from there.

---

**Emily**

Review 1

Votes 4

Ability level: **Intermediate**

Has owned product for: **1 - 3 months**

Uses product: **Every day**

★★☆☆☆
**Great. Until it wasn't.**

4 years ago

I loved this machine and purchased because it was highly recommended by a friend AND the sales clerk at William Sonoma spoke so highly of its quality and Breville customer support. So, when my grinder stopped working after owning the machine for about 6 weeks I was disappointed but thought it shouldn't be an issue giving how I was told Breville is so great at helping. Wow, does this seem to be a load of crap. First, customer service is only available M-F during business hours. I work M-F during business hours and can't devote an unquestionable amount of time to sitting on the phone in front of my machine - we all know these calls are NEVER quick. Went back to the store I purchased it front and was delighted when there was a Breville rep in the store. He couldn't help me, but he gave me direct contact for someone in customer service. Great! I send an email and take the time to include your every important detail. The response I received was beyond frustrating- it was like my emails wasn't even read. I explain the machine was no longer grinding beans and I was asked questions like "what type of milk do you use" and if I use a dual or single wall insulated cup. Seriously??? How is any of that remotely related to the issue I requested help with??

🏷 **Pros - Electrics** Easy to Use
🏷 **Cons - Electrics** Loud

Helpful? 👍 (4) 👎 (0)    Report

> 💬 Response from Breville Consumer Support:    4 years ago
>
> **Breville Consumer Support**
>
> Please accept our apologies for the inconvenience and allow us the opportunity to correct the situation. Since this is a public forum I would ask you to file a new Case through this Breville web link https://www.breville.com/us/en/support/breville-support.html with a subject line of WS220303-RS ? Also, make sure to add your contact details with phone and email and I will make sure to follow up personally. Alternatively, you can send us an email to askus@brevilleusa.com and include the same information
>
> **Breville**

---

**Ifsp**

Review 1

Votes 0

★☆☆☆☆
**Unresponsive Touch**

4 years ago

This was my 4th Breville expresso machine, upgrading from a Oracle BES980XL machine that worked well for 5 years 'til it stop heating up to brewing temperature after descaling process. I originally wanted a straight replacement from my old one but since it was out of stock, I purchased this one. The two oracles are in essence the exact same machine, except for the touch component which brings me to the issue. Introduces friction in my coffee making process, I have to scroll through the options and select a coffee, before one can even start grinding and/or steaming milk. For the non-touch machine, I could go straight into grinding coffee and steaming milk immediately. This was annoyance, but I expected to get used to it, but then I started to experience an issue with the touch screen, where it would stop responding to the touch or be unresponsive ( I have videos if anyone is interested ), I would have to turn the machine on/off to get continue making may coffee. This goes beyond acceptable, not something I want to get used to for such premium machine. Breville, go back to basics, make the process simple, less is more.

✖ No, I do not recommend this product.

**Breville** Originally posted on breville.com

> 💬 Response from breville.com:    4 years ago
>
> **Consumer Support**
>
> We're sorry to hear of your experience with the appliance. We do see you were able to contact a representative soon after posting this review, and that they are assisting you. Thank you for allowing us to rectify the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

CLASS ACTION COMPLAINT - 37

**Kitchen2Table**

Reviews **2**

Votes **19**

Has owned product for: **3 - 6 months**

Uses product: **Every day**

★☆☆☆☆

**Poor customer care**

4 years ago

I've been a fan of Breville for years and own many of the brand's appliances. We received the Oracle Touch at the end of August 2021, and in January, our hot water spout and steam wand stopped working. After a call to tech support, it was determined that it would have to be sent out for service. It was disappointing enough that a machine that was only 5 months old was having issues, but I sent it to service and received it back a couple of weeks later. The machine was sent to them completely clean and in perfect condition. When I received it back, it had chipped paint on the front of the machine (we have Damson Blue) and was very noticeable. I informed Breville about the issue and was told by the rep to send a photo so their supervisor could give me further instructions on taking care of it. I replied immediately with the photo, and a full week has gone by with no response, even after requests for an update. I sat on hold 45 minutes yesterday trying to get someone to give me an answer, only to be told I was assigned a new case number and that they would message the original rep I spoke with last week. I replied to the new email with all the previous information I had sent and still no response. The damage caused to my machine and lack of resolution is totally unacceptable, especially for a machine at this price point, and will be the LAST Breville appliance I purchase based on this experience.

✖ No, I do not recommend this product.

Helpful?  👍 (19)  👎 (0)    Report

> Response from Breville Consumer Support:                    4 years ago
>
> **Breville Consumer Support**
>
> Thank you for your review and your feedback. We'll definitely pass along your feedback to the appropriate people. We are continuously trying to improve our customer's experience.
>
> **Breville®**

**Tmac**

Review **1**

Votes **17**

Ability level: **Advanced**

Has owned product for: **1 - 5 years**

Uses product: **Every day**

★☆☆☆☆

**Buyer beware**

4 years ago

Breville machines are temperamental. It's an ordeal to send it back when it starts acting up. It's $$$ to ship back no matter what is wrong with it. I had a faulty machine that was tripping and shorting a gfi 1.5 years into ownership I received a new machine because it was under warranty. The new machine however was not under warranty and now 1.5 years old, cannot pull a shot. Breville would like me to pay $$$.00 to send it back for repair. Product service, customer service and the products are not worth the $$ or the time you will spend sitting on hold to get through to customer service. NEVER BUYING BREVILLE AGAIN.

🏷 **Pros - Electrics** Easy to Use
🏷 **Cons - Electrics** Temperamental, Fragile, Difficult to Clean, Quality, Difficult to Use, High-Maintenance

✖ No, I do not recommend this product.

Helpful?  👍 (15)  👎 (2)    Report

> Response from Breville Consumer Support:                    4 years ago
>
> **Breville Consumer Support**
>
> Please accept our apologies for the inconvenience and allow us the opportunity to correct the situation. Since this is a public forum I would ask you to file a new Case through this Breville web link https://www.breville.com/us/en/support/breville-support.html with a subject line of WS220208-RS ? Also, make sure to add your contact details with phone and email and I will make sure to follow up personally. Alternatively, you can send us an email to askus@brevilleusa.com and include the same information.
>
> **Breville®**

**Deb 2019**

Review **1**

Votes **0**

★☆☆☆☆

**Regret buying**

4 years ago

I did reviews and was very excited about deciding on the Oracle. We had a De'Longhi Magnifica for many years without one problem, it simply wore out from old age. I wanted a machine that I thought would be a step up but after purchasing it had to be sent back to the company about a year in. The rebuilt came last September 2020 and now in October 2021 it is not working properly again. After descaling which did not work properly it now will not heat past 160. I have changed filters, cleaned, descaled, backflushed group head all as directed. I have 1 Americano a day and my husband has 1-3. Really Breville? I can't believe we are having issues again and it is rare that espresso is just ok when I was expecting better than this. Most dissatisfied with the Oracle Touch.

✖ No, I do not recommend this product.

**Breville®**  Originally posted on breville.com

> Response from breville.com:                    4 years ago
>
> **Consumer Support**
>
> We are very sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email shortly. Just reply to it, and we'll be happy to see how we can help you from there.

CLASS ACTION COMPLAINT - 38

Nathan
Review 1
Votes 0

★☆☆☆☆
**Poor Quality Design**
4 years ago
I bought this in 2018 and it's worked great until now. The seals have broken on the boiler that cause water to escape the boiler. It then drips on the electronics which causes a short and my GFCI outlet to trip. This is extremely dangerous and could cause a fire.

❌ No, I do not recommend this product.

Breville'    Originally posted on breville.com

Kelly
Review 1
Votes 0

★★☆☆☆
**Works until you descale...**
4 years ago
I've had this machine for 3 years and have sent it back 3 times to fix a problem with it not heating properly after descaling. The problem has never been fixed and every time I descale the same problem occurs. Sometimes if I let it sit for a day or two it will work, and other times it has to be sent back. It's difficult to send back and you are without a machine for 3-6 weeks in my experience. Do research before buying. This problem is very common. I would not purchase again!

❌ No, I do not recommend this product.

Breville'    Originally posted on breville.com

💬 Response from breville.com:                                                                      4 years ago

**Consumer Support**
We are very sorry to hear about your experience with your appliance. We would very much like to see if we can assist you. We do have an account for you in our system. We'll be sending you an email shortly. Just reply to it, and we'll be happy to see how we can help you from there.

Jackie
✓
Review 1
Votes 0

★★☆☆☆
**Oracle Design Flaw**
4 years ago
That it has a design flaw. After descaling some times it won't heat to 200 degrees. This has happened to me on three times. Twice on the original and once on a new Touch. Except for this it works great.

❌ No, I do not recommend this product.

Breville'    Originally posted on breville.com

💬 Response from breville.com:                                                                      4 years ago

**Consumer Support**
We're sorry to hear of your experience with the appliance. We do see you were able to contact a representative, and they were able to assist you. Thank you for allowing us to rectify the situation for you. Please reach out if other issues or questions arise. We'll be happy to help.

★☆☆☆☆
**Unreliable**
2 months ago
Have owned several Breville machines and this will be the last one I get. Unreliable. Slow support. Doing factory recommended descaling will sometime damage boiler sensors! Inconsistent shots. One day it's 4 oz sometimes it's 5 oz. The simpler Breville I had also died in less than a year. It just stopped heating yet pushed water through.

🏷 **Pros - Electrics** Easy to Use, Easy to Clean
🏷 **Cons - Electrics** Temperamental, Loud, Quality, Assembly

❌ No, I do not recommend this product.

Helpful? 👍 (1) 👎 (0)    Report

💬 Response from Breville Consumer Support:                                                        2 months ago

**Breville Consumer Support**

We're sorry to hear about your experience. Thank you for your review and your feedback. We'll definitely pass this on to the appropriate people, as we are continuously trying to improve our customer's experience.

Breville®

★☆☆☆☆
**Sick of these breaking down they cost too much to**

a year ago

Broken again….. I am on my third Oracle and it's broken again. I think I'm going to try a different brand. I only use it once a day to make 1 coffee at a time for my husband and I. When it works it's awesome but once it breaks that's it. It's no repairing it….

✖ No, I do not recommend this product.

Helpful? 👍 (4)  👎 (0)    Report

> 💬 Response from Breville Consumer Support:                                a year ago
>
> **Breville Consumer Support**
>
> We're sorry to hear of your experience. Thank you for your review and your feedback. We'll definitely pass along your feedback to the appropriate people, as we are continuously trying to improve our customer's experience.
>
> **Breville®**

★☆☆☆☆
**Piece of junk**

a year ago

I'd give this zero stars if I could. Worked fabulously for 2 years and then has been a giant piece of metal junk sitting on my counter for the last 6 months. We have sent it to Breville twice. The first time it worked for a month or so. The second time they sent it back doing the exact same thing. The water sputters and it can't even make an espresso anymore. To make it worse, Breville says it's the coffee beans we are using…which we get through Breville. I have never spent so much money on a giant paperweight. It's inconvenient because it stops working, and you thought after spending nearly $3k for a coffee machine that you'd never have to buy another coffee maker. Do not buy.

🏷 **Cons - Electrics** Temperamental, Difficult to Use, High-Maintenance

✖ No, I do not recommend this product.

Helpful? 👍 (12)  👎 (2)    Report

> 💬 Response from Breville Consumer Support:                                a year ago
>
> **Breville Consumer Support**
>
> We're sorry to hear of your experience. Thank you for your review and your feedback. We'll definitely pass along your feedback to the appropriate people, as we are continuously trying to improve our customer's experience.
>
> **Breville®**

61.    Customers also flagged the Defect in the review section of Amazon.com, an authorized retailer of Defendant.[23] Below are examples of these complaints, which often are accompanied by images of the defective Product.

---

[23] https://www.amazon.com/Breville-BES990BSSUSC-Automatic-Espresso-Machine/dp/B073TYYM91/ref=sr_1_1?crid=23HIQU9OS0NPP&dib=eyJ2IjoiMSJ9.CkyFz6dAMylzaCGyPI9it1gcn64GYylknfoUWOCqDeWK80l0Co0Bey6SmEPEsL9NZ7agU78laTj_5XKMfUMEwJy0bJyxc3MGFJEoRc1wxa1ijyl-krykAqu7H3oQkRHRwYCmDqAd_U7zlODfsBx-

Scott H.

★☆☆☆☆ **Broken after only 7 months of use**
Reviewed in the United States on March 23, 2023
Color: Brushed Stainless Steel | Verified Purchase

Machine worked well for 7 months then would not heat up to the required heat of 199. Stuck at 158-161. Customer service has long wait for call back, then had us do a factory reset and leave boiler vents open for 24 hours then call them back. Next day different technician instructed to turn it on after closing the vents. Still only heated to 161. Now we have to pack up the machine and send it back for repairs. Still under warranty so Breville is paying for repairs and shipping. Customer service person highly recommended getting the extended warranty. Breville is aware of this problem as others have had the not heating up issue mentioned in reviews over the past 3-4 years. Not happy the machine malfunctioned after only 7 months of moderate use.

We will see how the repair works and how long the process takes.

The espresso was good when it was working but the milk frother is inconsistent and does not make a good froth for latte art.

2 people found this helpful

Helpful | Report

audiophile file

★☆☆☆☆ **Sensors and circuit boards are flaky--and fail often**
Reviewed in the United States on March 7, 2023
Color: Brushed Stainless Steel | Verified Purchase

In 18 months this machine has broken twice. The first time sensors failed and the second time the main circuit board failed. Neither failure was covered by warranty. the tamper works poorly with anything except very fresh beans. When I called Breville about its failure to tamp properly they told only to use more expensive fresh beans. The machine doesn't work well and fails often. As a side note, it does have digital controls but the digital controls DO NOT ADJUST the grind. Buy something else.

One person found this helpful

Helpful | Report

Infantible

★☆☆☆☆ **The Best Coffee by a Poor Quality Machine**
Reviewed in the United States on February 27, 2023
Color: Damson Blue

I have never been as frustrated with a product and company in my life. To make it short a year after buying the machine started making a horrible sound, perhaps the valve, or something in the pump. Shortly after the steamer would go crazy overflowing the milk and it won't stop until it emptied the tank or until it was unplugged, the power button won't do anything. The paint in the tray also started chipping with regular cleaning. DO NOT BUY not worth the almost 3,000 a nespresso would have been a better investment. Also you can't register the machine or get any help because breville is the worst company to deal with, good luck ever getting a hold of a service representative.

7 people found this helpful

Helpful | Report

rvk0hhm_eQrnfl7dv3sUaoRJp8iZaUIaWdtJmmndpTcxQp-Wx2YRX6I2uijiNuY5T7H1e4aV7doFZyxziw8cpXOhGFT1Pp8Mb2-7yQ2DxZe2k_eBwarSDGt4QWJCDnQtpEYMA3DLmgRKqBYr8TXBA9c.YVfKxVAdjG8sQaN78pboi0bpbgGtQpB2MQe1AO20BKY&dib_tag=se&keywords=breville%2Boracle%2Btouch&qid=1776455364&sprefix=breville%2Boricle%2Btouch%2Caps%2C106&sr=8-1&th=1 (Last accessed April 16, 2026)

JB

★☆☆☆☆ **Breville Oracle One Touch - Giving me the Ick**
Reviewed in the United States on February 22, 2023
Color: Brushed Stainless Steel | **Verified Purchase**

I loved the machine when it worked. My let start by saying my family have purchased five of these machines over the years. If you buy one get the four-year extended warranty - you will need it. Two had to be returned for repairs - both in the end got fully replaced (one after warranty for $550.00) and one from the amazon extended warranty company. I would say each one eventually had a problem. Note - most repair parts are not available in the US. You can find a website in Australia to purchase parts. I would recommend using mineral free water. Last October I got my $550 replacement unit and today 4 months later the grinder stopped working. So problems with the various units- tripping GFI (2), leaking from boiler seals (multiple), grinder stopped working (1), bad solenoid valve (1 or 2).

3 people found this helpful

Helpful | Report

Amazon Customer

★☆☆☆☆ **Do not buy this crap**
Reviewed in the United States on February 4, 2023
Color: Brushed Stainless Steel | **Verified Purchase**

Dangerous - steam wand comes on even when the machine is off and their customer service is nonexistent- please please please do not not buy this death trap

3 people found this helpful

Helpful | Report

Gilbert Esparza

★☆☆☆☆ **Major Problems with this Machine... Stay away!!!!!**
Reviewed in the United States on February 4, 2023
Color: Brushed Stainless Steel | **Verified Purchase**

Not even sure where to begin. This machine has broken down three times in the last 60 days. it has spent more time on the UPS truck than in my kitchen. I am floored at the lack of quality for a 2700.00 coffee machine.
Customer service, when you can get them are nice and helpful, but really are limited on what they can do over a call. So after you get ahold of them in a day or two, they will send you a box to return for repair, that process took about 16 days to arrive, so that I can send back;. Every time it has broken it is out of the house for about a month. So if you do the math, I bought the machine in last October and it has broken three times. I just received it back today and it is still broken. I will call on Monday and wait for a box and here we go again. I never complain, but I am making an exception this time.
If you decide to buy this machine you better get the extended warranty, you are surely going to need it. All past issues are with the grinder not working. It will tun on for a split second and stop and you are done. This last time the machine is leaking like crazy, I think something was not put back together when they fixed it.
I can tell you, if I were you I would not buy this machine. It is a lot of money for a coffee machine that does not work. I sure do love my K-cup machine that I still use and have done so for the last three years. The cost of that coffee machine about 100.00 dollars..
Please listen DO NOT BUY THIS MACHINE. I suspect that Breville knows they have an issue. I am anxious to see what they tell me on Monday or whenever I am able to speak to someone.

14 people found this helpful

Helpful | Report

freddyzz

★☆☆☆☆ **Horrible customer service**

Reviewed in the United States on January 25, 2023

Color: Brushed Stainless Steel

I recently purchased the Breville Oracle Touch espresso machine and was extremely disappointed with the customer service I received from the company. The machine stopped working after only three months of use and I contacted their customer service for assistance. However, they failed to follow up and close my case, leaving me with an expensive machine that I can no longer use. This is unacceptable for a product of this price and level of quality. I would not recommend purchasing from Breville due to their poor customer service.

"Update as of February 20: After waiting several weeks for my Breville Oracle Touch espresso machine to be repaired, I finally received it back from the company, only to find that it was still not working properly. The machine now has a low water flow, making it impossible to use. When I contacted Breville's customer service, I had to wait on hold for several hours before speaking to a representative. They attempted to troubleshoot the problem but were unable to fix it. We scheduled another appointment, but the customer support never called back. Overall, my experience with Breville's customer service has been extremely disappointing and I cannot recommend purchasing from them."

I would strongly advise anyone considering a purchase from Breville to try their customer service phone number before making a decision. My experience with their customer service has been extremely poor, with long wait times on hold and unresponsive representatives. If you find yourself on hold for hours on end, it may be worth considering a different company for your needs, as the frustration and disappointment that comes with poor customer service is not worth the investment in a high-end product.

3 people found this helpful

Helpful | Report

Misti2

★☆☆☆☆ **WARNING: DO NOT BUY**

Reviewed in the United States on January 10, 2023

Color: Brushed Stainless Steel | **Verified Purchase**

DO NOT BUY!!!!! Will not heat up after a descaling process!! These machines are a joke and come to find out it is a very common issue I am having and customer service is TERRIBLE and cannot get ahold of them! Machine has been very lightly used from day one! Also, please note it is very well taken care of.
I have researched what to do and am pretty much at a dead end. THIS IS MY 4TH breville machine I've owned and now I am wondering if all the other 3 have had the same issues. (They weren't worth it to repair as the repairs and parts are expensive!!)) Go with another brand!!

4 people found this helpful

Helpful | Report

CLASS ACTION COMPLAINT - 43

Mark Twain

★☆☆☆☆  **Please arrange reviews by date and READ them**

Reviewed in the United States on January 2, 2023

Color: Brushed Stainless Steel  |  Verified Purchase

SUMMARY :

SO FAR 3 replacements in about 4 months.

Customer support requires you to leave a phone number and wait for them to call you back- which is any time.;

They insisted on doing phone troubleshooting with video - which I did but they basically make you clean, reset, take apart the grinder, etc - which took almost 40-45 minutes on every phone call.

Some agents don' know how the return process works.

Very long wait time for customer support.

Recommedations:

READ ALL THE REVIEWS.

CALL CUSTOMER SERVICE YOUR SELF TO SEE IF YOU CAN GET IN TOUCH WITH ANYONE

BUY EXTENDED WARRANTY

Within the first month, there was a problem with the grinder, and here is very gets tricky – you cannot get in touch with customer support directly. You have to call and leave a phone number for them to call you back which takes about a day or two. For the most part they do get back to you.

When they do get back, customer service is excellent however, my issue is with the product itself – so far after three months of ownership within a month the grinder broke down. After spending about an hour which technical support which included cleaning out the hopper, troubleshooting, running race through the grinder to clean it, sent the machine back for repair.

It was repaired and sent back to me, however, within four weeks again, the machine completely broke down and had to be sent back. This time they sent a new machine.

Now, on 31st December morning, the machine broke down, the grinder would start and run for a second or two and then stop. I have created a ticket.

For $2700, machine should not break down three times. If you read reviews on other forms, you'll see similar stories.

As of now, if you need to send it back out of warranty, they charge $500 flat fee for repair.

After my first experience, I left. a negative review - it was never posted.

I wonder if Breville has any say in what kind of reviews are accepted to be posted.

AllTheWorldsAStage

★☆☆☆☆  **Gave up after descaling...waiting for CS!**

Reviewed in the United States on December 15, 2022

Color: Brushed Stainless Steel

Followed onscreen instructions on descaling the machine and now it does not heat above 161 degrees. Waiting for Breville Customer Service to call back (5 hours so far) but have been reading online that many people have been having this problem. At this price point it is unacceptable and further it looks bad on the retailers who allow Breville to sell this machine with what seems to be a known issue. Buyer Beware.

UPDATE:

The below I tried to post on Breville's website and they refuse to post it (I guess all those rave reviews are the ones they let post)...

After owning for four months the machine would not heat up past 160 DegF and locked me out of making anything other than hot water after descaling the machine. Tried calling support and was added to the callback queue and never received a callback for over two days (I tried to call even after that and received the message that they already had my number on the queue) and never received an email response when I opened a ticket online. The only communication I have received from Breville was to sell me more products (never happening again) and to write this review just now. I'm sure the machine is well made, but if descaling presents such a problem (when following onscreen instructions) and support being this non existent after spending this kind of money, I would definitely not recommend buying anything from this firm until they get their operations back in order. I'm sure this review will be deleted but it was worth writing to vent my frustrations with this Company.

2 people found this helpful

Helpful  |  Report

**T m L**

★☆☆☆☆ **Terrible (for its features and price point)**
Reviewed in the United States on December 4, 2022
Color: Brushed Stainless Steel

I love coffee and was really looking forward to this machine. I bought this as a balance of something that would be easy to use for my partner and having a some degree of features/parameters for me to play with.

This machine makes espresso only modestly better than my cheap old no-frills delonghi espresso machine. The automatic tamper is not adjustable. The machine itself is loud and the pump quality feels insufficient to the machine's price tag. The automatic milk steaming system is pretty cool, and does an okay not great job. If you're looking for a machine that's super easy to use and makes great espresso, look elsewhere. If you're looking for a machine that gives you lots of control over your extraction that you can dial in to make an espresso exactly to your liking, look elsewhere.

If you're dead set on having a Breville, save yourself the money and counter space and go with the model one level below this one that is smaller and doesn't automatically tamp the puck for you.

On top of being not that remarkable to begin with, the machine broke within 4 months. We shipped it back to Breville; returned to us "fixed" after a couple of weeks, and we can't get it to brew anything resembling espresso anymore. Machine either barely gets the puck wet, or spits out a thin sour coffee.

Breville oracle touch has been an incredibly overpriced disappointment. Do not buy this machine.

3 people found this helpful

( Helpful )  |  Report

**RG**

★☆☆☆☆ **Great Machine for two months**
Reviewed in the United States on November 21, 2022
Color: Brushed Stainless Steel  |  **Verified Purchase**

This was a great machine for a good two months and allowed my family to break free of Starbucks. Then one day out of nowhere the machine starts leaking everwhere. Then it no longer will heat above 160F. Hoping the seller can take care of this one because $3000 is a lot of money for a machine to stop functioning in two months.

UPDATE: Seller won't do anything and has struck out my review. Seller says to talk to Amazon, however Amazon will not replace the defective unit that they sold. Buyer beware with this machine.

9 people found this helpful

( Helpful )  |  Report

**Sinna Max**

★☆☆☆☆ **Just the worst machine ever. Regret every penny I spent on it.**
Reviewed in the United States on October 17, 2022
Color: Brushed Stainless Steel  |  **Verified Purchase**

Had this machine for two month before the display failed. Sent it to Breville to have it fixed on warranty. Came back completely dented. Sent it back to Breville and they sent us another one. This one made a crazy loud noise for about half an hour and then got stuck at 160 degree. Never worked. It was such a waste of time. Sure it looks good but if you actually want to have great coffee this machine is not for you. Ended up just using my Nespresso machine again until the latest full automatic Gaggia arrives. Just heart breaking how this turned out.

8 people found this helpful

( Helpful )  |  Report

A

★☆☆☆☆ **Delicious coffee**
Reviewed in the United States on September 26, 2022
Color: Brushed Stainless Steel | **Verified Purchase**

Must use only fresh coffee beans
If not then the machine will malfunction
In a short time starts getting very hot and making super loud noise and not possible to make coffee
It's super expensive and its a shame that it can only be used for less then one year

Helpful | Report

Dacko

★☆☆☆☆ **Works for six months**
Reviewed in the United States on September 15, 2022
Color: Brushed Stainless Steel | **Verified Purchase**

After six months of operation, the Oracle Touch Espresso Machine began to shut down when the machine would be in the middle of the self cleaning process for the hot steam wand. After contacting customer service, they wanted to see a video of the machine having the issue before they would be willing to replace it. Or they would gladly accept the return of the machine for repair, then send it back a few weeks later. After spending this much on the machine, I expected better customer service and more than six months of trouble free operation.

7 people found this helpful

Helpful | Report

Amazon Customer

★☆☆☆☆ **Makes decent espresso. Expect to need to repair it, though.**
Reviewed in the United States on September 3, 2022
Color: Brushed Stainless Steel | **Verified Purchase**

The good: This is a nice-looking and convenient machine. It does a credible job of making espresso and espresso milk drinks, and it's convenient and space saving to have the integrated grinder as well as the steam wand and a large water tank.

The bad: I bought one of these in 2019, and in about a year and a half it developed a problem with steam leaking inside the unit and causing a short in the electronics (and tripping the outlet GFI). To Breville's credit, they agreed to repair it and did, but in under 6 months it was doing it again and also having trouble with the solenoid getting stuck. This time, they replaced it with a new machine.... which was also appreciated, and we hoped that perhaps we just got a 'lemon' and that the trouble was behind us.

The ugly: The new machine started exhibiting similar steam/power problems in under a year. This time, Breville refused to perform free service, as more than 6 months had elapsed, and they abbreviated the warranty (on a new machine) because "it was replaced under warranty" and thus became limited to a 6 month coverage period(?). They wanted over $500 to repair it, sight unseen. We've come to the conclusion that the machine simply won't hold up and that it will at some point become a periodic recurring repair cost and transaction with Breville.

The summary: If you won't use it that much, it's a nice looking addition to the kitchen and will provide you with the occasional decent drink. If you plan to use it regularly and don't want to have to periodically purchase expensive service from Breville and go espresso-less for periods... well, look elsewhere. Buyer beware!

16 people found this helpful

Helpful | Report

CLASS ACTION COMPLAINT - 46

commiepinkofag

★☆☆☆☆ **Just Say Know**
Reviewed in the United States on August 10, 2022
Color: Brushed Stainless Steel  |  Verified Purchase

The many negative reviews of Breville's quality control and service are accurate. One month out of warranty, my unit lost its steamy little mind. The list of problems, attempted fixes, parts purchases, delays, and all the rest would exceed Amazon's character limit. My experiences with Breville service resembled the Monty Python "dead parrot" skit, with existential rage substituting for laughter. The cost having Breville even look at the unit was farcical.

I have a $2,800 boat anchor in storage, which I'll throw away some day when I can bear to look at it again.

One person found this helpful

( Helpful )  |  Report

Alina

★☆☆☆☆ **Disappointing**
Reviewed in the United States on August 9, 2022
Color: Brushed Stainless Steel  |  Verified Purchase

I never write reviews.. ever. However, I feel compelled to inform you all about this. I ordered the breville oracle touch from Amazon TWICE. First time, the grinder stopped working after a few days and despite cleaning thoroughly, it didn't help. I thought it was some malfunction and I was unlucky. I called Breville support and was placed on long holds with no help in the end. So, I returned the product and ordered another in hopes that this was a fluke mistake as I'd heard good reviews and seen others use the product successfully. The second machine although ordered new arrived very dirty, clearly previously used and leaking. It had coffee stains all over it.. ALL over it. The package was leaking and created a wet spot on the bottom of the box. The packaging was dirty as well. I immediately returned it again. Don't waste your time getting this from Amazon - Williams Sonoma price matches and delivers same products in new crisp condition in timely manner with properly functioning machines.

9 people found this helpful

( Helpful )  |  Report

DB

★☆☆☆☆ **I wanted to like this**
Reviewed in the United States on December 24, 2021
Color: Brushed Stainless Steel  |  Verified Purchase

I have had a this machine for 1.5 years and while it is good in concept there ar several reliability and useability issues.
Today the steaming wand decided to run even when the steaming operation is not on.
Descaling the machine has well documented (on internet) issues. If the descaling process gets stuck on between and the machine auto stops good luck trying to get the machine go above 150F. I have dealt with that issue a few times and have to literally not attempt descaling. Customer service is not helpful at all. Consistency of grind is ok. Consistency of tamping is bad. I have had to change the shower head once as the one that came is plastic and cracked. Much more is expected of a $2400 machine!

9 people found this helpful

( Helpful )  |  Report

Amazon Customer

★☆☆☆☆ **Unreliable and Poor Value**

Reviewed in the United States on December 19, 2021

Color: Brushed Stainless Steel  |  Verified Purchase

My machine stopped heating above 160 degrees during a descaling cycle after 4 months of light use. Other users have experienced the same problem. When the machine did work, it produced inconsistent results; temperatures, strength of coffee, and taste varied with each cup. A sour taste was frequently present despite trying numerous settings and different beans.

Breville's Customer Service Department did take my call (unlike other customers' reports) and agreed to make repairs under warranty. I am curious if the machine's reliability and consistency will improve.

On balance, this is not a premium quality machine and does not produce premium quality espresso drinks. At best, it is a poor value. I hope to at least get reliable service after Breville returns the machine to me.

4 people found this helpful

Helpful    |  Report

Alex C.

★☆☆☆☆ **Amazing when it works but unreliable.**

Reviewed in the United States on December 16, 2021

Color: Brushed Stainless Steel  |  Verified Purchase

Perfect espresso aided by precise grind and meticulously tuned up extraction time. However, we found this appliance rather unreliable, a departure from the quality of Breville. Despite light use, 3-4 drinks per day maximum, and meticulously following the prescribed maintenance schedule, we had to send it for repairs twice in the first twelve months of ownership with turnaround of 2-2.5 weeks each time. Breville support center didn't prove to be reliable, promising a quick service and then reneging by extending the timeframe blaming it on ill-trained associates. Considering the price point, I would recommend exploring other options before committing to Oracle Touch.

2 people found this helpful

Helpful    |  Report

Scott Krueger

★☆☆☆☆ **If you want garbage, buy one of these... JUNK**

Reviewed in the United States on November 17, 2021

Color: Brushed Stainless Steel  |  Verified Purchase

I've had 2 now & they cannot grind a friggin bean.
Worked for a couple days, then clunk clunk ckunk...
Total garbage.
I've dumped more beans than I brewed.

4 people found this helpful

Helpful    |  Report

jennifer moore

★☆☆☆☆ **Don't buy! Customer Support for Breville is nonexistent!**

Reviewed in the United States on October 27, 2021

Color: Brushed Stainless Steel

I LOVED my machine. That is, until out of nowhere for no reason, my grinder stopped pulling beans down into the chute rendering the machine a glorified milk steamer. I've been attempting to contact Breville for over a month. I opened a case on their "support" site and got nothing. It has been over a month. I called the number listed and it said "you have a 30 min. wait time" it then says "put your number in and we'll call you back". But guess what? NOTHING. I then attempted to use the live chat, and yes all of this is during business hours listed on site. But live chat says "chat offline". I am now attempting to find any kind of technician near me with skills to troubleshoot and fix this thing. I'm sure its something very tiny, all the parts appear clean, and in good working order. I'm a former barista so I also know a bit about what I'm doing. All I needed was this company to tell me where I can have someone service it for me and I'm sure the machine will last another several years. Its really unacceptable and my next step is to go to the Better Business Bureau and put in a complaint. Beware! If your machine has any issues you will not get help!

3 people found this helpful

Helpful    | Report

Franz Funk

★☆☆☆☆ **Works great until it doesn't...**

Reviewed in the United States on June 4, 2021

Color: Brushed Stainless Steel

When I first got this machine, I loved it. Made a perfect espresso, just the right amount of automation, nice to look at. Then the problems started. First it was steam coming out of the back, then water started leaking out. I contacted Breville, they wanted $350 just to look at it. $350! That was out of the question so I decided to service it myself. Turned out that all of the problems were caused by three $.10 o-rings. So sixty cents with the o-rings brought a $2500 machine to its knees. I've had to do this process three times, it lasts for a bit more than a year and then one or more of them fail. It just happened again and I don't have it in me to go thru the repair process again. I'm going to buy from a different brand and hopefully avoid the design flaw I found with this Breville.

4 people found this helpful

Helpful    | Report

EMC22

★☆☆☆☆ **Not Worth the Price**

Reviewed in the United States on April 22, 2021

Color: Brushed Stainless Steel  |  **Verified Purchase**

Purchased in March 2019 and used everyday since then. Last two to three months it has started to overheat and for the steam wand to start up randomly during the day. This morning it would not pull a shot. Nothing comes out. I have sent a request for service but I'm concerned about getting a response and having the problems fixed. From what I've read here and other places customer service is not good. If you read the reviews it shows that the problems are quite common as is the poor customer service. The Oracle makes great coffee until it doesn't.

14 people found this helpful

Helpful    | Report

👤 Wayne M Cole

★☆☆☆☆ **UNRELIABLE**

Reviewed in the United States on March 10, 2021

Color: Brushed Stainless Steel

UPDATE 02/14/2023.

FOURTH Oracle Touch died 02/08/2023. After 6WEEKS! Grinder/tamper stopped. Pressing the button gets a momentary "bump" which causes boilers to go offline for 2-3 seconds. Thorough cleaning of the grind path, removal of beans from hopper, factory reset all fail to resolve problem. Awaiting refund request response from Breville (fat chance).

3rd Oracle Touch purchased 09/16/2022 died 12/25/2022. Vendor swapped for new (4th) machine on 12/27/2022. Machine remained "heating" indefinitely but would not heat beyond 162-F after descale despite maintenance screens showing boiler temps fluctuating between 201 - 203F. Suggested workaround (re-run the descale operation) not possible due to inability of the machine in normal mode to recognize any temps above 162.

2nd Machine received 04/22/21 after two failed attempts to repair first machine. By 03/22/22, machine randomly would start to "chatter" while spewing hot water from group head and/or steam from the steam wand. Once this started the behavior could not be stopped by turning it off; you had to pull plug from wall socket. Sometimes the behavior would start EVEN WHEN THE MACHINE WAS OFF and appeared to keep heating the cup warmer to temps too hot to touch. VERY DANGEROUS FOR AN UNATTENDED MACHINE UNLESS DISCONNECTED FROM WALL SOCKET AFTER EACH USE! On 9/8/22 behavior started before "Heating" cycle completed and machine became totally unusable. Having bee provided by vendor of 1st machine as a "zero-time warranty" replacement, this machine went to the dump.

------------------------END UPDATE----------------

Purchased in Dec 20, 2018. Died Mar 09, 2021. Warranty ended Dec 20, 2020. DANGEROUS CATASTROPHIC FAILURE! Turned the machine on (power button) and left it untouched for 20 mins when it started grinding coffee without porta-filter in the "filling station". Two short bursts of grinding about 1 min apart the started non-stop grinding. Pressed power button, lights and touchscreen turned off, but grinding continued. Turned on, grinding still continued, executed factory reset, but it said the de-scale ports were open (they were not). The only way to stop the grinding was to pull the plug from the wall socket. Attempted plugging in again, grinding continued unabated. Also, cup warmer on opposite corner from grind port got ridiculously hot - too hot to touch. Had this machine been in an unattended area I believe it would have broken out in flames and fed the flames with the ground contents of the bean hopper.

DO NOT BUY THIS MACHINE!

11 people found this helpful

( Helpful ) | Report

👤 LPB

★☆☆☆☆ **Lasted 3 months, WORST customer service ever**

Reviewed in the United States on December 22, 2020

Color: Brushed Stainless Steel

It worked great for three months. One night, it turned itself on and started emptying out the entire water tank from the gear head. We reset the machine and it worked for a couple days. Then, every time we turned on the machine, it emptied the entire water tank from the gear head into the tray below. 100% unusable. Faulty equipment happens, so we called Breville. No big deal. They said they were going to send a replacement on Monday and 3 day air it to us. Great! We thought all is well. Well, nothing came. Called them back and they said they are now backordered and they have no idea when it is going to ship, but when it does they are sending it regular mail and it will take an additional 7-10 days to get to us. Waited another month still nothing. I asked for a refund. Still haven't received one. They said it will take another 14 business days to approve the refund and then another 14 business days for the finance department to call me to issue the refund. On top of that, all the cleaning accessories I bought they will not refund me for. $2,500 for less than 90 days if absurd. I've never been so upset with a company due to their customer service. I will tell everyone I know not to buy their products with this kind of customer service. All I wanted was a replacement after it only working for a few months. Buy from any other company.

6 people found this helpful

( Helpful ) | Report

👤 shooter

★☆☆☆☆ **No repair shops can service breville**

Reviewed in the United States on November 20, 2020

Color: Brushed Stainless Steel

Brews great espresso as long as its working. I've had this machine for 4 years now, and for about the last year it's getting louder and louder and the taste of the espresso declining. A couple months ago starting tripping our GFIs while heating up and will sometimes just turn itself off while heating up. Makes a loud grinding sound AFTER I turn it off, and it's leaking water somewhere. The espresso is now terribly inconsistent, I have to throw away at least every third cup, sometimes a double shot will only brew about a teaspoon of very sad looking espresso. A machine this costly i want to have repaired. However, the worst part is Breville will not allow anyone outside their company to work on their products, so no local place will fix this for me. My only option for repair is to ship it to Breville, so I called them and they gave me an estimate of $550 to repair it. At this point there is so much wrong with it, I don't want to risk spending that much to repair it, what if they miss something? What if the espresso never tastes good like it did before? I'm just out $550 and still have to buy a replacement? I will not buy another Breville product knowing this. Any other machine I could take to a local shop and have repaired for a decent price, and get it back right away.

3 people found this helpful

( Helpful ) | Report

62.     In addition to the customer complaints lodged directly on its website and with Defendant's authorized retailers, upon information and belief, Defendant's customer service division regularly receives and responds directly to customer calls and emails concerning product defects, including specifically, the Defect at issue.

63.     Based upon the substance of these customer complaints, submitted to its retailers, and directly to Defendant's customer service representatives, Defendant has been aware of the Defect and the risk it posed to consumers, since at least 2017 when the Product was released.

64.     Because of its knowledge of the Defect, Defendant has a duty to disclose the Defect and to not conceal it from consumers.

65.     Defendant still markets and sells the Product, still conceals the existence of the Defect, still fails to notify consumers of the Defect and its implications as to the Product's functionality, and still fails to recall the Product.

66.     When Defendant repairs the Product after the control board malfunctions, it fails to properly attribute the failure to the Defect, and merely replaces the defective control board with an identical, equally defective part, which does not prevent the recurrence of the issue.

67.     Another ineffective remedy has been for Defendant to replace the Product with an equally defective unit still containing the Defect.  Indeed, Plaintiff has gone through three replacements and his Product has malfunctioned again, but Defendant will no longer repair or replace his machine.

**5.     Fraudulent Omission/Concealment Allegations**

68.     Absent discovery, Plaintiff is unaware of, and unable through reasonable investigation to obtain, the true names and identities of those individuals employed by Defendant responsible for making false and misleading statements regarding the Product. Defendant necessarily is in possession of all this

information. Plaintiff's claims arise out of Defendant's fraudulent omission/concealment of the Defect, despite its representations about the quality, reliability, and functionality of the Product.

69.    Plaintiff alleges that at all relevant times, including specifically at the time they and the class members purchased their Products, Defendant knew, or was reckless in not knowing, of the Defect; Defendant had a duty to disclose the Defect based upon exclusive knowledge; and Defendant never disclosed the Defect to Plaintiff or the public at any time or place in any manner.

70.    Plaintiff makes the following specific concealment/omission-based allegations with as much specificity as possible absent access to the information necessarily available only to the Defendant:

71.    *Who*: Defendant actively concealed and omitted the Defect from Plaintiff and class members while simultaneously touting the superiority, durability, quality, and functionality of the Product, as alleged herein.  Plaintiff is unaware of, and therefore unable to identify, the true names and identities of those individuals responsible for such decisions.

72.    *What*: that the Product contains the Defect, as alleged herein.  Defendant concealed and omitted the Defect while making representations about the superiority, durability, quality, and functionality of the Product, as alleged herein.

73.    *When*: Defendant concealed and omitted material information regarding the Defect at all times while making representations about the superiority, durability, quality, and functionality of the Product on an ongoing basis, and continuing to this day.  Defendant still has not disclosed the truth about the Defect in the Product. When consumers contacted Defendant's customer service department and complained about the Defect, Defendant denied any knowledge of the Defect and/or failed to provide an adequate repair.

74.     ***Where***: Defendant concealed and omitted material information regarding the true nature of the Defect in every communication Defendant had with Plaintiff and class members and made representations about the superiority, durability, quality, and functionality of the Product. Plaintiff is aware of no document, communication, or other place or thing, in which Defendant disclosed the truth about the full scope of the Defect in the Product. Such information is not adequately disclosed in any sales documents, displays, advertisements, warranties, owner's manuals, or on Defendant's websites or the websites of Defendant's authorized retailers.  There are channels through which Defendant could have disclosed the Defect, including, but not limited to, point of sale communications; the owner's manual, the Defendant's website; and/or direct communications to class members through means such as e-mail notifications.

75.     ***How***: Defendant concealed and omitted the Defect from Plaintiff and class members and made representations about the superiority, durability, quality, and functionality of the Product. Defendant actively concealed and knew that information about the Defect would be important to a reasonable consumer, and Defendant promised in its marketing materials that the Product had qualities it did not have.

76.     ***Why***: Defendant actively misrepresented, concealed and omitted material information about the Defect in the Product for the purpose of inducing Plaintiff and class members to purchase the Product, rather than purchasing competitors' countertop Product.  Had Defendant disclosed the truth, for example, in their advertisements or other materials or communications, Plaintiff and class members (all reasonable consumers) would have been aware of it and would not have bought the Product or would not have paid as much for them.

## CALIFORNIA LAW APPLIES TO THE NATIONWIDE CLAIMS

77.    California law applies to Plaintiff's nationwide claims because Plaintiff's injuries emanate from Defendant's actions in California. Each pertinent decision related to the decision to conceal the Defect from class members, including the marketing, commercial distribution, customer service, and/or warranty claim process for the Product in the United States, was made from Defendant's California headquarters by its respective executives and employees located in California.

78.    Defendant is headquartered in Torrance, California and is the sole entity in the United States responsible for marketing, distributing, selling, and warranting the Product.

79.    Defendant maintains its C-Suite, and its distribution, marketing, customer relations, and warranty departments in its Torrance, California headquarters.

80.    Additionally, Defendant's "Breville Service Center" and its "consumer support team", which handles customer complaints and warranty repairs for Product owners, is located in Torrance, California.[24]

81.    Upon information and belief, Defendant's website is managed by Defendant's marketing and customer service departments located in Torrance, California.

82.    Accordingly, the wrongful conduct which gives rise to the claims in this action emanated and occurred in California.

## <u>CLASS ALLEGATIONS</u>

83.    Plaintiff brings this action individually and as representative of all those similarly situated, pursuant to Fed. R. Civ. P. 23, on behalf of the individuals in the below-defined classes (collectively, the "Class Members"):

**<u>Nationwide Class:</u>**

---

[24] https://assets.breville.com/BES990/BES990_USCM_IB_V26_LR.pdf (Last accessed April 17, 2026).

During the fullest period allowed by law, all persons residing in the United States who own or owned the Product (the "Nationwide Class").

**California Subclass:**
During the fullest period allowed by law, all persons residing in the State of California who own or owned the Product (the "California Subclass").

84.    Specifically excluded from these definitions are: (1) Defendant, any entity in which Defendant has a controlling interest, and its legal representatives, officers, directors, employees, assigns and successors; (2) the Judge to whom this case is assigned and any member of the Judge's staff or immediate family; and (3) Class Counsel.

85.    Plaintiff seeks only damages and equitable relief on behalf of himself and the putative Classes.

86.    Plaintiff reserves the right to modify the class definitions, if necessary, to include additional appliances, manufactured by Defendant, with the same Defect.

87.    **Numerosity**: Class Members are so numerous that joinder of all members is impracticable. While the exact number of Class Members is presently unknown, it likely consists of thousands of people geographically disbursed throughout the United States. The number of Class Members can be determined by sales information and other records. Moreover, joinder of all potential Class Members is not practicable given their numbers and geographic diversity. Class Members are readily identifiable from information and records in the possession of Defendant and its authorized distributors and retailers.

88.    **Commonality**: Common questions of law and fact exist as to all Class Members. These questions predominate over questions that may affect only individual Class Members because Defendant acted on grounds generally applicable to all Class Members. Such common legal or factual questions include, inter alia:

(a) Whether the control board used in the Product is defective;

(b) Whether the Product has a flaw in materials and/or workmanship;

(c) Whether Defendant knew or reasonably should have known about the defective control board used in the Product prior to distributing and selling the Product to Plaintiff and Class Members;

(d) Whether Defendant knew or reasonably should have known about the defective control board used in the Product after distributing and selling the Product to Plaintiff and Class Members;

(e) Whether Defendant concealed from and/or failed to disclose to Plaintiff and Class Members that the defective control board is used in the Product;

(f) Whether Defendant breached the implied warranty of merchantability

(g) Whether Defendant breached express warranties relating to the Product;

(h) Whether Plaintiff and Class Members are entitled to damages, including compensatory, exemplary, and statutory damages, and the amount of such damages;

(i) Whether Defendant should be enjoined from selling and marketing the defective Product; and

(j) Whether Defendant engaged in unfair, unconscionable, or deceptive trade practices by selling and/or marketing defective Product.

89.    **Adequate Representation**: Plaintiff will fairly and adequately protect the interests of Class Members. Plaintiff has no interests antagonistic to those of Class Members. Plaintiff retained attorneys experienced in the prosecution of class actions, including consumer and product defect class actions, and Plaintiff intends to prosecute this action vigorously.

90.    **Injunctive/Declaratory Relief**: The elements of Rule 23(b)(2) are met. Defendant will continue to commit the unlawful practices alleged herein. Plaintiff has standing to make this claim because he would purchase another Product provided that the common Defect is fixed going forward. Defendant acted and refused to act on grounds that apply generally to the Class Members, such that final injunctive relief and corresponding declaratory relief is appropriate respecting the Nationwide Class and California Subclasses as a whole.

91.    **Predominance and Superiority**: Plaintiff and Class Members all suffered and will continue to suffer harm and damages as a result of Defendant's unlawful and wrongful conduct. A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

Absent a class action, Class Members would likely find the cost of litigating their claims prohibitively high and would therefore have no effective remedy at law. Because of the relatively small size of their individual claims, it is likely that few Class Members could afford to seek legal redress for Defendant's misconduct. Absent a class action, Class Members will continue to incur damages, and Defendant's misconduct will continue without remedy. Class treatment of common questions of law and fact would also be a superior method to multiple individual actions or piecemeal litigation in that class treatment will conserve the resources of the courts and the litigants and will promote consistency and efficiency of adjudication.

92.    Plaintiff knows of no difficulty to be encountered in the maintenance of this action that would preclude its maintenance as a class action.

93.    Defendant acted or refused to act on grounds generally applicable to the Nationwide Class and California Subclasses, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the classes appropriate.

## ESTOPPEL FROM PLEADING AND TOLLING OF APPLICABLE STATUTES OF LIMITATIONS

94.    Defendant possessed exclusive knowledge about the Defect, which is unavailable to Plaintiff and the Class Members.

95.    Throughout the time period relevant to this action, Defendant concealed the nature of the Defect. As a result, neither Plaintiff nor the absent Class Members could have discovered the Defect, even upon reasonable exercise of diligence.

96.    Despite its knowledge of the above, Defendant (a) failed to disclose, (b) concealed, and (c) continues to conceal critical information relating to the Product's defective control board, even though, at any point in time, it could have communicated this material information to Plaintiff and the Class Members through individual correspondence, media releases, or other means.

97.  Plaintiff and Class Members relied on Defendant to disclose the Defect because the flawed nature of the Product's control board could not be discovered through reasonable efforts by Plaintiff and the Class Members.

98.  Thus, the running of all applicable statutes of limitations have been suspended with respect to any claims that Plaintiff and the Class Members have against Defendant as a result of Defendant's misrepresentations and omissions, by virtue of the fraudulent concealment doctrine.

99.  Defendant was under a continuous duty to Plaintiff and Class Members to disclose the true nature, quality, and character of its Product. However, Defendant concealed the true nature, quality, and character of the Product, as described herein. Defendant knew of the Defect for years but concealed it and/or failed to alert purchasers or potential purchasers. Defendant maintained exclusive control over information concerning the control board used in the Product. Based upon the foregoing, Defendant is estopped from relying on any statutes of limitation or repose that might otherwise apply to the claims asserted by Plaintiff herein in defense of this action.

## <u>COUNT I</u>

**Breach of Implied Warranties**
**(On Behalf of the Nationwide Class and California Subclass)**

100.  Plaintiff repeats and realleges, as if fully stated herein, each and every allegation set forth in the preceding paragraphs of this Complaint.

101.  Defendant is a merchant and was at all relevant times involved in the manufacturing, distributing, warranting, and/or selling of the Product. Defendant knew or had reason to know of the specific use for which the Product, as a good, is purchased.

102.  Defendant entered into agreements with retailers and suppliers to sell its Product to Class Members.

103.    Defendant provided Plaintiff and Class Members with implied warranties that the Product is merchantable and fit for the ordinary purposes for which it is used and sold.

104.    However, the Product is not fit for its ordinary purpose of reliably preparing coffee drinks. This is because, inter alia, the Product contains a defective control board that malfunctions, rendering the Product either completely inoperable or disabling its features. The control board is, in essence, the brains of the machine responsible for controlling such espresso machine functions as power, heating, water flow, and user commands. A malfunctioning control board interferes with the proper functioning of the Product because it is unable to properly regulate the Product's basic functions, to the extent it doesn't shut the entire Product down. For all these reasons, the Product is not fit for its particular purpose of reliably preparing coffee drinks.

105.    The Defect renders the Product unreliable and unusable. Defendant therefore breached the implied warranty of merchantability.

106.    Privity is not required because Plaintiff and Class Members are the intended beneficiaries of Defendant's warranties and its sale through retailers. Retailers selling Defendant's products were not intended to be the ultimate consumers of the Product and have no rights under the warranty agreements. Defendant's warranties were designed for and intended to benefit the consumer, making Plaintiff and Class Members the intended beneficiaries.

107.    Defendant's statements contained in its product literature, including the Product's warranty, make it clear that Defendant intended that its warranties apply to Plaintiff and Class Members as third-party beneficiaries. Likewise, it was reasonably foreseeable that Plaintiff and consumer Class Members would be the intended beneficiaries of the Product and warranties.

108.    Defendant impliedly warranted that the Product was of merchantable quality and fit for such use. These implied warranties included, among other things: (i) a warranty that the Product

manufactured, supplied, distributed, and/or sold by Defendant was functional and reliable for preparing coffee drinks; and (ii) a warranty that the Product would be fit for its intended use while it was being operated.

109.    Contrary to the applicable implied warranties, the Product, at the time of sale and thereafter, was not and is not fit for the ordinary and intended purpose of providing Plaintiff and Class Members with reliable, durable, and consistent methods of preparing coffee drinks. Instead, the Product suffers from a defective design and/or manufacture, as alleged herein.

110.    Defendant's sale of defective and dangerous appliances and failure to provide a refund caused the implied warranty to fail in its essential purpose.

111.    Defendant breached the implied warranties because the Product was sold with the Defect, which substantially reduced and/or prevented it from being used to prepare coffee drinks.

112.    Defendant was put on constructive notice about its breach through its review of consumer complaints described herein, complaints on Defendant's own website, and upon information and belief, through product testing. Any efforts to limit the implied warranties in a manner that would exclude coverage of the Product is unconscionable, and any such effort to disclaim, or otherwise limit, liability for the Product is null and void.

113.    As a direct and proximate result of the foregoing, Plaintiff and Class Members suffered, and continue to suffer, financial damage and injury, and are entitled to all damages, in addition to costs, interest and fees, including attorneys' fees, as allowed by law.

114.    Defendant's actions, as complained of herein, breached the implied warranty that the Product was of merchantable quality and fit for use.

## COUNT II

**Violation of California's Unfair Competition Law (the "UCL")**
**Cal. Bus. & Prof. Code § 17200, *et seq.***
**(On behalf of the Nationwide Class and California Subclass)**

115.    Plaintiff repeats and realleges, as if fully stated herein, each and every allegation set forth in the preceding paragraphs of this Complaint.

116.    Plaintiff brings this cause of action individually and on behalf of the members of the Nationwide Class and California Subclass.

117.    The UCL proscribes "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising." Cal. Bus. & Prof. Code § 17200.

**Unlawful**

118.    Breville's conduct is unlawful, in violation of the UCL, because it violates the Consumers Legal Remedies Act, and California's False Advertising Law.

119.    Breville has engaged in unfair competition and unfair, unlawful or fraudulent business practices by the conduct, statements, and omissions described above, and by knowingly and intentionally concealing from Plaintiff and the Class Members that the Product suffers from a defect (and the costs and diminished value of the Product as a result of these problems). Defendant should have disclosed this information because it was in a superior position to know the true facts related to the Defect, and Plaintiff and Class Members could not reasonably be expected to learn or discover the true facts related to the Defect.

120.    Breville acted in an unethical, unscrupulous, outrageous, oppressive, and substantially injurious manner. Breville engaged in unfair business practices and acts in at least the following respects:

121.    Breville promoted and sold countertop Products it knew were defective because they contain control boards prone to malfunction that render the entire Product inoperable or disrupt its primary features;

122.    Breville promoted and sold countertop Products that are defective despite knowing that users do not expect the control board to spontaneously malfunction or fail;

123.    Breville failed to disclose that the Product is defective, and represented through advertising, its website, product packaging, press releases, and other sources that the Product possesses particular qualities that were inconsistent with Breville's actual knowledge of the product.

124.    Breville made repairs and provided replacements that caused Plaintiff and Class Members to experience repeated instances of failure, rendering the Limited Warranty useless.

125.    Breville failed to exercise adequate quality control and due diligence over the Product before placing it on the market; and

126.    Breville minimized the scope and severity of the problems with the Product, refusing to acknowledge that they are defective, failing to provide adequate relief to consumers, and suggesting to consumers that their aftermarket conduct resulted in the failure when Breville had actual knowledge of the true cause of the failure.

127.    The gravity of harm resulting from Breville's unfair conduct outweighs any potential utility. The practice of selling a defective countertop Product without providing an adequate remedy to cure the Defect—and continuing to sell that countertop Product without full and fair disclosure of the Defect—harms the public at large and is part of a common and uniform course of wrongful conduct.

128.    The harm from Breville's conduct was not reasonably avoidable by consumers. The Product suffers from a latent defect, and even after receiving a large number of consumer complaints, Breville did not disclose the Defect. Plaintiff and the Class Members did not know if, and had no reasonable means of discovering that, the Product was defective.

129.    There were reasonably available alternatives that would have furthered Breville's business interests by satisfying and retaining its customers while maintaining profitability, such as: (1)

acknowledging the Defect and providing a permanent fix; (2) adequately disclosing the Defect to prospective purchasers; (3) extending the warranty for the Product; and (4) offering refunds or suitable non-defective replacement Products to consumers with defective Products.

**Fraud by Omission**

130.    Breville's conduct is fraudulent in violation of the UCL because it is likely to deceive a reasonable consumer and:

131.    Breville knowingly and intentionally concealed from Plaintiff and Class Members that the Product contains a latent defect that causes the control board to malfunction; and

132.    Breville volunteered information to Plaintiff and Class Members through advertising and other means that the Product – including the control board – was functional without disclosing facts that would have materially qualified those partial representations; and

133.    Breville promoted the high quality and versatile features of the Product, including the control board, despite knowing the Product is defective, and failed to correct its misleading partial disclosure.

134.    Breville had ample means and opportunities to alert Plaintiff and Class Members of the defective nature of the Product, including on Breville's webpages; in its advertisements of the Product; on the Product's external packaging; and as part of the standardized Product setup process. Breville uniformly failed to disclose that the Product is defective. Had Breville disclosed that the Product is defective, Plaintiff and Class Members would not have purchased a Product, would not have purchased a Product at the prices they did, or would have returned their Product during their respective buyer's remorse periods.

135.    Breville was under a duty to disclose the Defect because of its exclusive knowledge of the Defect before selling the Product stemming from its quality control and pre-release testing,

complaints made directly to Breville, online complaints, and online reputation management would have put it on notice that the Product was not as advertised and because it made partial representations about the Product without disclosing the Defect.

136. Plaintiff and Class Members suffered injury in fact, including lost money or property, as a result of Breville's unlawful, unfair, and fraudulent acts and omissions. Absent Breville's unlawful, unfair, and fraudulent conduct, Plaintiff and Class Members would not have purchased a Product, would not have purchased a Product at the prices they did, or would have returned their Product for a refund during their respective buyer's remorse periods.

137. Through its unlawful, unfair, and fraudulent conduct, Breville acquired money directly and as passed on by Breville's authorized resellers (i.e. Williams-Sonoma, Amazon, Best Buy, etc.).

138. Plaintiff and the Class Members accordingly seek appropriate relief, including (1) restitution under the UCL and (2) such orders or judgments as may be necessary to enjoin Breville from continuing its unfair, unlawful, and fraudulent practices. Plaintiff also respectfully seeks reasonable attorneys' fees and costs under applicable law, including under California Code of Civil Procedure 1021.5.

### <u>COUNT III</u>

**Violation of California's Consumer Legal Remedies Act (the "CLRA")**
**Cal. Civ. Code § 1750, *et seq.***
**(On behalf of the Nationwide Class and California Subclass)**

139. Plaintiff repeats and realleges, as if fully stated herein, each and every allegation set forth in the preceding paragraphs of this Complaint.

140. Plaintiff brings this cause of action individually and on behalf of the members of the Nationwide Class and California Subclass.

141. Breville is a "person" within the meaning of California Civil Code sections 1761(c) and 1770 and provided "goods" within the meaning of sections 1761(a) and 1770.

142.    Breville's acts and practices, as alleged in this complaint, violate California Civil Code sections 1770(a)(5), (7) and (9) because they include unfair and deceptive acts and practices in connection with transactions—the sale of a defective Product. In violation of the CLRA, Breville:

143.    Represented that the Product has characteristics, uses, and benefits it does not have;

144.    Represented that the Product is of a standard, quality, or grade when in fact it is not; and

145.    Advertised the Product with intent not to sell it as advertised.

146.    Through its design, development, and pre-release testing, as well as through consumer complaints, Breville knew that the Product's control board was defective and prone to malfunction.

147.    Breville was under a duty to disclose that the Product is defective because it had superior knowledge of the Defect—stemming from repairs, complaints made directly to Breville, online complaints, its quality control and pre-release testing, as well as online reputation management —and because it made partial, materially misleading representations about the Product's high quality and versatile features.

148.    Breville had ample means and opportunities to disclose to Plaintiff and Class Members that the Product is defective, including through advertisements, on external packaging, and during the Product's setup process. Despite its exclusive knowledge and opportunities to disclose the Product's defective nature, Breville failed to disclose the Defect to Plaintiff and Class Members either prior to purchase or before Plaintiff and Class Members' respective buyer's remorse periods expired.

149.    Breville's misrepresentations and omissions were material. Had Plaintiff and Class Members known that the Product was defective, they would not have purchased the Product, would not have purchased it at the prices they did, or would have returned their Product during their respective buyer's remorse periods.

150.    Pursuant to Cal. Civ. Code §1782, Plaintiff sent notice to Breville on March 26, 2026, via letter sent to Breville's principal place of business, advising Breville of its violations and that it must correct, replace, or otherwise rectify the goods alleged to be in violation. Plaintiff's notice was received by Breville on March 30, 2026. In the event Defendant has failed to provide the requested relief, and after thirty (30) days have passed, Plaintiff Shaffer will seek to amend this Complaint to ask for compensatory and monetary damages to which Plaintiff and the California Subclass are entitled.

151.    Under California Civil Code section 1782(a), on their own behalf and on behalf of the Class, Plaintiff sent notice to Breville on March 26, 2026, via letter sent to Breville's principal place of business, advising Breville of its violations and that it must correct, replace, or otherwise rectify the goods alleged to be in violation. Plaintiff's notice was received by Breville on March 30, 2026. Because 30 days have not yet passed by which Breville may respond, Plaintiff is presently only seeking injunctive relief, but will seek amendment of the Complaint when 30 days have passed to also seek monetary damages under the CLRA, including reasonable attorney's fees and costs, declaratory relief and punitive damages.

## COUNT IV

**Violation of California's False Advertising Law**
**Cal. Bus. & Prof. Code § 17500, *et seq.***
**(On behalf of the Nationwide Class and California Subclass)**

152.    Plaintiff repeats and realleges, as if fully stated herein, each and every allegation set forth in the preceding paragraphs of this Complaint.

153.    Plaintiff brings this cause of action individually and on behalf of the members of the Nationwide Class and California Subclass.

154.    Defendant's acts and practices, as described herein, have deceived and/or are likely to continue to deceive class members and the public. As described above, and throughout this Complaint, Defendant misrepresented the Product and concealed the Defect.

155.    By its actions, Defendant disseminated uniform advertising regarding the Product through California and the United States. The advertising was, by its very nature, unfair, deceptive, untrue, and misleading within the meaning of Cal. Bus. & Prof. Code § 17500, *et seq*. Such advertisements were intended to and likely did deceive the consuming public for the reasons detailed herein.

156.    The above-described false, misleading, and deceptive advertising Defendant disseminated continues to have a likelihood to deceive because it does not disclose the Defect—and how the Defect negatively affects consumers' experience with the Product by rendering the Product inoperable in whole or in part.

157.    Defendant continued to misrepresent to consumers that its Product was reliable, durable, functional, when, in fact, that was not the case as described in detail throughout this Complaint.

158.    In making and disseminating the statements alleged herein. Defendant knew, or should have known, that its advertisements were untrue and misleading in violation of California law.  Plaintiff and the Class Members based their purchasing decisions on Defendant's omitted material facts. The revenue attributable to products sold in those false and misleading advertisements likely amounts to hundreds of millions of dollars. Plaintiff and the Class Members were injured in fact and lost money and property as a result.

159.    The misrepresentations and non-disclosure by Defendant of the material facts described and details herein constitute false and misleading advertising and, therefore, constitute violations of Cal. Bus. & Prof. Code § 17500, *et seq.*

160.    As a result of Defendant's wrongful conduct, Plaintiff and the Class Members lost money in an amount to be proven at trial. Plaintiff and the Class Members are therefore entitled to restitution as appropriate for this cause of action.

161.    Plaintiff and the Class Members seek all monetary and non-monetary relief allowed by law, including restitution of all profits stemming from Defendant's unfair, unlawful, and fraudulent business practices; declaratory relief; reasonable attorneys' fees and costs under California Code of Civil Procedure section 1021.5; injunctive relief; and other appropriate equitable relief.

## COUNT V

**Violation of California's Song-Beverly Consumer Warranty Act,**
**Cal. Civ. Code § 1792, *et seq.***
**(On behalf of the Nationwide Class and California Subclass)**

162.    Plaintiff repeats and realleges, as if fully stated herein, each and every allegation set forth in the preceding paragraphs of this Complaint.

163.    Plaintiff brings this cause of action on his own behalf and on behalf of the members of the Nationwide Class and California Subclass.

164.    Plaintiff is a "buyer" within the meaning of California Civil Code section 1791(b). Plaintiff Shaffer purchased a Product in California.

165.    Breville is a manufacturer within the meaning of California Civil Code section 1791(j). Breville was responsible for producing the Product and directed and was involved in all stages of the production and manufacturing processes.

166.    The Product is a "consumer good[]" within the meaning of California Civil Code section 1791(a).

167.    Breville impliedly warranted to Plaintiff, the Nationwide Class, and the California Subclass that the Product purchased was "merchantable" under California Civil Code sections 1791.1(a) and 1792.

168.    Breville breached the implied warranty of merchantability by producing, manufacturing, and selling a Product that was not of merchantable quality. The Product is defective, resulting in control boards that spontaneously malfunction. As a result, the Product is unable to perform its essential

function of a countertop espresso machine with coffee making functions. The Product is therefore unfit for the ordinary purpose for which a countertop Product is used and would not pass without objection in the countertop Product trade.

169. The defect in the Product is latent. Though the Product appears operable when new, the Defect existed in the product at the time of sale and throughout the one-year Limited Warranty period. Accordingly, any subsequent discovery of the Defect beyond that time does not bar an implied warranty claim under the Song-Beverly Act.

170. Any attempt by Breville to disclaim its implied warranty obligations under the Song Beverly Act is ineffective due to its failure to adhere to California Civil Code sections 1792.3 and 1792.4. Those sections provide that, in order to validly disclaim the implied warranty of merchantability, a manufacturer must 'in simple and concise language' state: "(1) The goods are being sold on an 'as is' or 'with all faults' basis. (2) The entire risk as to the quality and performance of the goods is with the buyer. (3) Should the goods prove defective following their purchase, the buyer and not the manufacturer, distributor, or retailer assumes the entire cost of all necessary servicing or repair." Breville's attempted warranty disclaimer does not conform to sections 1792.3 and 1972.4.

171. As a direct and proximate cause of Breville's breaches of the Song-Beverly Consumer Warranty Act, Plaintiff, the Nationwide Class, and the California Subclass members have been damaged in an amount to be proven at trial.

172. Plaintiff seeks costs and expenses, including reasonable attorneys' fees, under California Civil Code section 1794.

## COUNT VI

**Violation of the Song-Beverly Consumer Warranty Act For Breach of
Express Warranty
Cal. Civ. Code §§ 1790-1795.8
(On Behalf of the Nationwide Class and California Subclass)**

173.    Plaintiff repeats and realleges, as if fully stated herein, each and every allegation set forth in the preceding paragraphs of this Complaint.

174.    Plaintiff brings this cause of action on his own behalf and on behalf of the members of the Nationwide Class and California Subclass.

175.    Plaintiff, the Nationwide Class and the California Subclass members who purchased the Products are "buyers" within the meaning of Cal. Civ. Code § 1791(b).

176.    The Product is a "consumer good[]" within the meaning of Cal. Civ. Code § 1791(a).

177.    Breville is a "manufacturer" of the Product within the meaning of Cal. Civ. Code § 1791(j).

178.    Breville made express warranties to Plaintiff, the Nationwide Class, and the California Subclass within the meaning of Cal. Civ. Code §§ 1791.2 & 1793.2(d).

179.    Breville breached these express warranties by selling defective a Product that required repair or replacement. Plaintiff contacted Breville and had his product repaired under warranty three times, on or about October 2023, December 2023, and November 2024. When his Product failed a fourth time on or about January 2026, Plaintiff was told that the Product would not be replaced or covered under its warranty.

180.    Breville has failed to promptly replace or buy back the Product of Plaintiff, the Nationwide Class, and the California Subclass as required under Cal. Civ. Code § 1793.2(d)(2).

181.    Defendant's attempt to disclaim or limit the express warranty is unconscionable and unenforceable. Specifically, Defendant's warranty limitations are unenforceable because Defendant knowingly sold a defective product without informing consumers about the Defect.

182.    The time limits contained in Defendant's warranty period were also unconscionable and inadequate to protect Plaintiff, the Nationwide Class Members and members of the California Subclass.

Among other things, Plaintiff and members of the Nationwide Class Members and California Subclass had no meaningful choice in determining these time limitations, terms which unreasonably favor Defendant. A gross disparity in bargaining power existed between Defendant and class members, as only Defendant knew or should have known that the Product was defective at the time of sale and that the Product would fail well before the expiration of its useful life.

183.    Plaintiff and members of the Nationwide Class and California Subclass have complied with all obligations under the warranty or otherwise have been excused from performance of said obligations as a result of Defendant's conduct described herein.

184.    Defendant was provided notice of these issues through complaints lodged by consumers before or within a reasonable amount of time after the allegations of the Defect became public.

185.    Prior to the filing of this Complaint, Plaintiff sent Defendant a pre-suit notice letter concerning the Defect setting forth Plaintiff's experiences with the Defect and his intentions to file the instant Complaint alleging the instant claims on behalf of the Class or Subclass.

186.    As a direct and proximate result of Breville's breach of its express warranties, Plaintiff, the Nationwide Class, and the California Subclass received goods in a condition that substantially impair their value to Plaintiff and the other Class and Subclass members. Plaintiff and the Nationwide Class and California Subclass have been damaged as a result of, among other things, overpaying for the Product, the diminished value of the Product, the Product's malfunctioning, out-of-pocket costs incurred, and actual and potential increased maintenance and repair costs.

187.    Pursuant to Cal. Civ. Code §§ 1793.2 & 1794, Plaintiff, the Nationwide Class, and the California Subclass are entitled to damages and other legal and equitable relief, including, at their election, the purchase price of the Product or the overpayment or diminution in value of the Product as well as reimbursement of out-of-pocket expenses incurred as a result of the Defect.

188.    Pursuant to Cal. Civ. Code § 1794(d), (e) Plaintiff, the Nationwide Class and the California Subclass are entitled to reasonable costs and attorneys' fees.

## COUNT VII

### Unjust Enrichment/Restitution
### (On behalf of the Nationwide Class and California Subclass)

189.    Plaintiff repeats and realleges, as if fully stated herein, each and every allegation set forth in the preceding paragraphs of this Complaint.

190.    Defendant has been unjustly enriched as a result of the conduct described in this Complaint.

191.    Defendant received a benefit from Plaintiff and the members of the Nationwide Class and California Subclass in the form of payment for the Product.

192.    Retention of these benefits by Defendant would be unjust and inequitable because Defendant received these benefits by engaging in the unlawful, unjust, and wrongful acts, omissions, and practices described in this Complaint.

193.    The benefits (or at least some portion the benefits) that Defendant received were not legitimately earned and came at the expense of Plaintiff and the members of the Nationwide Class and California subclass.

194.    Defendant knows that the Product can fail without warning, but nonetheless continues to sell it without disclosure.

195.    Defendant's conduct is unjust, inequitable, and wrongful, but Defendant systematically engages in this conduct anyway in order to gain unfair advantages and reap unearned financial benefits.

196.    There is no justification for Defendant's continued silence as customers purchased the defective Product.

197.    It is therefore against equity and good conscience to permit Defendant to retain the proceeds from their sales of the defective Product.

198.    Plaintiff and the Nationwide Class and California subclass are entitled to restitution and disgorgement of all amounts unjustly retained by Defendant, as well as other appropriate relief.

## COUNT VIII

### Fraudulent Omission or Concealment
### (On behalf of the Nationwide Class)

199.    Plaintiff repeats and realleges, as if fully stated herein, each and every allegation set forth in the preceding paragraphs of this Complaint.

200.    At all relevant times, Breville was engaged in the business of designing, manufacturing, distributing, and selling the Product.

201.    Breville, directly and through its representatives or agents, delivered the Product to its distributors and various other distribution channels.

202.    Breville willfully, falsely, and knowingly omitted various material facts regarding the quality and character of the Product.

203.    Rather than disclose the Defect to Plaintiff and other prospective purchasers of the Product, Breville concealed the Defect.

204.    Breville omitted and concealed this material information to drive up sales, maximize profits, and maintain its market power, as consumers would not purchase the Product, or would pay substantially less for it, had they known the truth.

205.    Plaintiff and Class members could not have discovered the Defect prior to it manifesting.

206.    Breville was in exclusive possession of information concerning the Defect's existence, which would have been material to reasonable consumers, and thus was obligated to disclose the Defect to Plaintiff and Class members, at the point of sale or otherwise.

207. Breville also had a duty to disclose because it made many general affirmative representations about the quality, warranty, functionality, and durability of the Product as set forth above, which were misleading, deceptive, and/or incomplete without the disclosure of the additional facts set forth above regarding their actual quality, functionality, and durability.

208. Even when faced with complaints regarding the Defect, Breville often refused to acknowledge the issue. As a result, Class members were misled as to the true condition of the Product once at the time of purchase and often again when the Defect was complained of to Breville. The omitted and concealed facts were material because they directly impact the value, appeal, and usability of the Product purchased by Plaintiff and Class members. Whether a manufacturer's products are as stated by the manufacturer, backed by the manufacturer, and usable for the purpose for which they were purchased, are material concerns to a consumer.

209. Although Breville had a duty to disclose the Defect to consumers, it failed to do so.

210. Plaintiff and Class members sustained injury at the time they purchased the Product that suffered from the Defect, which Defendant failed to disclose and actively concealed from them. Had Plaintiff and the Class known about the Defect at the time of purchase, they would have paid substantially less for the Product, or would not have purchased them and avoided the significant out-of-pocket costs they have or will incur to repair or replace the Product once the Defect manifests.

211. Breville's acts were done maliciously, oppressively, deliberately, and with intent to defraud, and in reckless disregard of Plaintiff's and Class members' rights and well-being, and in part to enrich itself at the expense of consumers. Breville's acts were done to gain commercial advantage over competitors, and to drive consumers away from consideration or competitor devices. Breville's conduct warrants an assessment of punitive damages in an amount sufficient to deter such conduct in the future.

## COUNT IX

### Declaratory Relief
### (On behalf of the Nationwide Class and California Subclass)

212.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

213.    Defendant has acted or refuses to act on grounds that apply generally to the Class or Subclass, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the Class or Subclass as a whole within the meaning of Fed. R. Civ. P. 23.

214.    Plaintiff seeks a ruling that:

1.  The Product has defects that result in a malfunctioning control board in ordinary use;

2.  Any limitation of consumer rights in Defendant's warranty is void as unconscionable;

3.  Defendant must notify owners of the Defect;

4.  Defendant will reassess all prior warranty claims and pay the full cost of repairs and damages relating to the Defect; and

5.  Defendant will pay the cost of inspection to determine whether any Class or Subclass member's Product needs replacement due to the Defect.

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgement against Defendant as follows:[25]

1.   Entering judgment in favor of Plaintiff against Defendant;

2.  Certification of the proposed Class and Subclass pursuant to Federal Rule of Civil Procedure 23;

---

[25] As detailed above, Plaintiff does not currently seek damages under the CRLA.

CLASS ACTION COMPLAINT - 75

3. Appointment of Plaintiff as Class Representative for the Class and Subclass;

4. Appointment of Plaintiff's counsel as Class Counsel;

5. A declaration that Breville violated the state statutes that form the basis for Plaintiff's primary statutory claims;

6. A declaration that Breville was unjustly enriched by its conduct as described herein;

7. A declaration that the limitations on Breville's warranties are unenforceable as set forth herein;

8. Monetary damages (excepting damages under the CLRA);

9. Statutory damages;

10. Restitution;

11. Injunctive relief;

12. Disgorgement of all monies received by Breville as a result of the unlawful, unjust, unfair, and deceptive acts and practices described herein;

13. Penalties as provided by law;

14. Treble damages;

15. A permanent injunction enjoining Breville from continuing the unlawful, unjust, unfair, and deceptive acts and practices described herein, including but not limited to, an injunction preventing incorporation of the Defect in future countertop Product models;

16. Pre-judgment and post-judgment interest;

17. Reasonable attorneys' fees and expenses; and

18. Such other further relief that the Court deems just and equitable.

Dated: April 21, 2026

Respectfully submitted,


*/s/ Robert Mackey*
Robert Mackey (Cal Bar 125961)
LAW OFFICES OF ROBERT MACKEY
16320 Murphy Road
Sonora, CA 95370
Telephone: (412) 370-9110
bobmackeyesq@aol.com

Nicholas A. Migliaccio (*pro hac vice* forthcoming)
Jason S. Rathod (*pro hac vice* forthcoming)
**Migliaccio & Rathod LLP**
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Scott David Hirsch (*pro hac vice forthcoming*)
**SCOTT HIRSCH LAW GROUP PLLC**
1 Research Court, Suite 450
Rockville, MD 20850
Tel: (301) 569-1339
scott@scotthirschlawgroup.com